B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Alcala, Armando L | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Alcala, Edith |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Chicago Construction Specialities, Inc.; DBA Protectco, Inc.; DBA Impression Cleaning Service, Inc.; DBA AA EA, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Chicago Construction Specialities, Inc.; DBA Protectco, Inc.; DBA Impression Cleaning Service, Inc.; DBA AA EA, LLC |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-0324 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-5665 |
| Street Address of Debtor (No. and Street, City, and State):<br>2225 Seaver Lane<br>Hoffman Estates, IL<br>ZIP Code 60169 | Street Address of Joint Debtor (No. and Street, City, and State):<br>2225 Seaver Lane<br>Hoffman Estates, IL<br>ZIP Code 60169 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Alcala, Armando L<br><br>Alcala, Edith |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>    ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>    ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>    ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>    ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Alcala, Armando L
Alcala, Edith

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Armando L Alcala
_____
Signature of Debtor  Armando L Alcala

X  /s/ Edith Alcala
_____
Signature of Joint Debtor Edith Alcala

_____
Telephone Number (If not represented by attorney)

March 12, 2014
_____
Date

### Signature of Attorney*

X  /s/ Gina B. Krol
_____
Signature of Attorney for Debtor(s)

Gina B. Krol 6187642
_____
Printed Name of Attorney for Debtor(s)

Cohen & Krol
_____
Firm Name
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

_____
Address

312.368.0300  Fax: 312.368.4559
_____
Telephone Number

March 12, 2014
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Armando L Alcala
       Edith Alcala                    Case No.             

                                    Debtor(s)       Chapter     7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Armando L Alcala
                            Armando L Alcala

Date:   March 12, 2014

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Armando L Alcala
         Edith Alcala                                        Case No. _____

                                    Debtor(s)    Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                           Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Edith Alcala
                         Edith Alcala

Date:  March 12, 2014

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Armando L Alcala,
     Edith Alcala

Case No. _____

_____ ,

Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 187,000.00 | | |
| B - Personal Property | Yes | 4 | 182,846.36 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 146,333.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 222,913.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 66 | | 1,125,532.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 72 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,749.41 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,549.00 |
| Total Number of Sheets of ALL Schedules | | 155 | | | |
| Total Assets | | | 369,846.36 | | |
| Total Liabilities | | | | 1,494,779.11 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Armando L Alcala,                                          Case No. _____
        Edith Alcala
_____ ,          Chapter _____7_____
                                      Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  Armando L Alcala,                                               Case No. _____
       Edith Alcala
_____,
                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | fee simple | J | 187,000.00 | 146,333.33 |

|  |  | Sub-Total > | 187,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 187,000.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Armando L Alcala,                                                    Case No. _____

       Edith Alcala

                               Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | J | 5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account | J | 100.00 |
| | | Bank of America Checking Account | J | 900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Dinning Room Set, Living Room furniture, Bedroom Set, Couch, Desk, Tvs | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes | J | 200.00 |
| 7. Furs and jewelry. | | Jewelry | J | 3,700.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Homeowners Insurance USP Elite Agent: Joseph M. Wiedemann & Sons 505 E. Golf Road, Ste. A Arlington Hts., IL 60005 | J | 0.00 |

                                                  Sub-Total >      5,405.00
                                       (Total of this page)

   3   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Armando L Alcala,                                                Case No. _____
        Edith Alcala

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | AXA term life insurance<br>PO Box 1047<br>Charlotte, NC  28201<br><br>term life, there is a conversion right but currently no cash value.  Husband is beneficiary. | J | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Chase Retirement Money Market Account -7277<br>Location: 2225 Seaver Lane, Schaumburg IL 60194 | H | 4,600.32 |
| | | Chase Retirement Money Market Account -5718<br>Location: 2225 Seaver Lane, Schaumburg IL 60194 | W | 4,089.17 |
| | | MORGAN STANLEY ACCT#335-030590-185 | H | 1,826.00 |
| | | MORGAN STANLEY ACCT#335-030321-185 | W | 1,450.00 |
| | | CHARLES SCHWAB ACCT#WF8304-7263-1 | H | 1,039.00 |
| | | CHARLES SCHWAB ACCT#WF4822-4097-1 | W | 90,270.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% stockholder interest in Chicago Construction Specialties, Inc., an insolvent Illinois corporation. Location: 2225 Seaver Lane, Schaumburg IL 60194 Pending Chapter 11 | H | 0.00 |
| | | 100% shareholder interest in Impression Cleaning Service, Inc., an insolvent Illinois corporation Location: 2225 Seaver Lane, Schaumburg IL 60194 Closed | W | 0.00 |
| | | 100% shareholder interest in Protectco, Inc., an insolvent Illinois corporation Location: 2225 Seaver Lane, Schaumburg IL 60194 Closed | W | 0.00 |
| | | AAEA LLC, an Illinois limited liability company. Never Operated | J | 0.00 |

Sub-Total >        103,275.49
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Armando L Alcala,                                                    Case No. _____

        Edith Alcala

_____,

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | unpaid priority wage claims owed by Chicago Construction Specialties to Armando | J | 11,750.00 |
| | | a wage claim owed by Impression Cleaning Service Inc. & Protectco to Edith | J | Unknown |
| | | unpaid non-priority wage claims owed by Chicago Construction Specialties, Inc. to Armando (in is expected that this claim has a actual value of $1,125) | J | 11,250.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | a general claim against Chicago Construction Specialties owed to Armando for monies loaned ( the actual value of this claim is expected to be approximatley $4,696) | J | 46,965.87 |
| | | Edith has wage claims against Protectco and Impressions | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                    69,965.87
(Total of this page)

Sheet  __2__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Armando L Alcala,                                              Case No. _____
         Edith Alcala
                                                              ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Acura MDX | J | 4,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 4,200.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 182,846.36 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re     Armando L Alcala,                                          Case No. _____
          Edith Alcala
                                                              ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | 735 ILCS 5/12-901 | 30,000.00 | 187,000.00 |
| **Cash on Hand** | | | |
| Cash | 735 ILCS 5/12-1001(b) | 5.00 | 5.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking Account | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Bank of America Checking Account | 735 ILCS 5/12-1001(b) | 900.00 | 900.00 |
| **Household Goods and Furnishings** | | | |
| Dinning Room Set, Living Room furniture, Bedroom Set, Couch, Desk, Tvs | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Clothes | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Interests in Insurance Policies** | | | |
| Homeowners Insurance USP Elite Agent:  Joseph M. Wiedemann & Sons 505 E. Golf Road, Ste. A Arlington Hts., IL  60005 | 215 ILCS 5/238 | 0.00 | 0.00 |
| AXA term life insurance PO Box 1047 Charlotte, NC  28201 | 215 ILCS 5/238 | 1.00 | 1.00 |
| term life, there is a conversion right but currently no cash value.  Husband is beneficiary. | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Chase Retirement Money Market Account -7277 Location: 2225 Seaver Lane, Schaumburg IL 60194 | 735 ILCS 5/12-704 | 100% | 4,600.32 |
| Chase Retirement Money Market Account -5718 Location: 2225 Seaver Lane, Schaumburg IL 60194 | 735 ILCS 5/12-704 | 100% | 4,089.17 |
| MORGAN STANLEY ACCT#335-030590-185 | 735 ILCS 5/12-704 | 100% | 1,826.00 |
| MORGAN STANLEY ACCT#335-030321-185 | 735 ILCS 5/12-704 | 100% | 1,450.00 |
| CHARLES SCHWAB ACCT#WF8304-7263-1 | 735 ILCS 5/12-704 | 100% | 1,039.00 |
| CHARLES SCHWAB ACCT#WF4822-4097-1 | 735 ILCS 5/12-704 | 100% | 90,270.00 |

  __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala
                                                    ,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| unpaid priority wage claims owed by Chicago Construction Specialties to Armando | 735 ILCS 5/12-803, 740 ILCS 170/4 | 11,750.00 | 11,750.00 |
| unpaid non-priority wage claims owed by Chicago Construction Specialties, Inc. to Armando (in is expected that this claim has a actual value of $1,125) | 735 ILCS 5/12-803, 740 ILCS 170/4 | 11,250.00 | 11,250.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| a general claim against Chicago Construction Specialties owed to Armando for monies loaned ( the actual value of this claim is expected to be approximatley $4,696) | 735 ILCS 5/12-1001(b) | 6,495.00 | 46,965.87 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Acura MDX | 735 ILCS 5/12-1001(c) | 2,400.00 | 4,200.00 |
| | 735 ILCS 5/12-1001(c) | 2,400.00 | |

|  | Total: | 169,275.49 | 366,146.36 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    Armando L Alcala,                                  Case No. _____
          Edith Alcala

_____ ,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx-xx-xx4-033<br><br>Cook County Treasurer<br>118 N. Clark Street<br>Room 112<br>Chicago, IL 60602 | | J | 2012 ($6967) and 2013 ($1161)<br><br>General Tax Lien - through 2/28/13<br><br>Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | | | | | |
| | | | Value $        187,000.00 | | | | 8,128.00 | 0.00 |
| Account No. Protectco<br><br>Internal Revenue Service<br>5100 River Rd.<br>Schiller Park, IL 60176 | X | J | Responsible Officer Liability<br><br>Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | | | | | |
| | | | Value $        187,000.00 | | | | 113,955.04 | 0.00 |
| Account No. xxxxxx3389<br><br>JPMorgan Chase Bank<br>OH4-7399<br>PO Box 182613<br>Columbus, OH 43218 | | J | First Mortgage Arrerage<br><br>Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | | | | | |
| | | | Value $        187,000.00 | | | | 11,818.91 | 0.00 |
| Account No. xxxxxx3389<br><br>JPMorgan Chase Bank<br>OH4-7399<br>PO Box 182613<br>Columbus, OH 43218 | | J | Escrow Shortage<br><br>Location: 2225 Seaver Lane, Hoffman Estates, IL 60169 | | | | | |
| | | | Value $        187,000.00 | | | | 12,431.38 | 0.00 |

   0    continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 146,333.33 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 146,333.33 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

_____ ,
                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

3    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala

                                                          ,
                                              **Debtors**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Contributions to employee benefit plans

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Chicago Construction Spec. Inc | | | unknown | | | | | AMOUNT ENTITLED TO PRIORITY |
| Central Laborers' Pension, Welfare & Annuity Funds PO Box 1267 Jacksonville, IL 62651 | X | - | Unknown; scheduling in response to letter dated May 30, 2013 from creditor. | | X | X | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. Chicago Construction Spec. | | | 2012 - 2013 | | | | | |
| Laborers' Pension  Fund, et al. 11465 Cermak Road Westchester, IL 60154 | X | - | Judgment in case 13-cv-2463 with two other plaintiffs; dispute centers on:  a) extent of priority treatment; b) potential claim against bond, which might not have been offset; and c) extent to which former employees are allowed claims. | X | X | X | | Unknown |
| | | | | | | | 178,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 178,000.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re    Armando L Alcala,           Case No. _____
         Edith Alcala
                                                    ,
                                  Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. Chicago Construction Spec | | | | Charges incurred within year of filing or longer. | | | | | | |
| Department of Treasury Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | X | H | | Corporate Debt; disputed personal liability only. | | | X | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. Impressions | | | | Charges incurred within year of filing or longer. | | | | | | |
| Department of Treasury Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | X | W | | Corporate Debt; disputed personal liability only. | | | X | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. Protecto | | | | Charges incurred within year of filing or longer. | | | | | | |
| Department of Treasury Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | X | W | | Corporate Debt; disputed personal liability only. | | | X | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. xx-xxx9411 | | | | current year | | | | | | |
| Department of Treasury Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | X | - | | Federal 940 | X | X | X | | 0.00 | |
| | | | | | | | | 924.07 | | 924.07 |
| Account No. xx-xxx9411 | | | | current year | | | | | | |
| Department of Treasury Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | X | - | | 941 Federal income tax withholding ($11,102.00), employee Medicare ($1,271.76), FICA employee ($5,435.85), Medicare company ($1,271.76) and FICA employer ($5,437.78). | X | X | X | | 0.00 | |
| | | | | | | | | 24,519.15 | | 24,519.15 |

| | | | | | | Subtotal | 0.00 | |
|---|---|---|---|---|---|---|---|---|
Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

(Total of this page) | 25,443.22 | | 25,443.22

B6E (Official Form 6E) (4/13) - Cont.

In re    Armando L Alcala,        Case No. _____

     Edith Alcala

                                      Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Chi-Con<br><br>Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 | X | H | Charges incurred within year of filing or longer.<br><br>Corporate Debt; disputed personal liability only. | X | X | X | 0.00 | 0.00 | 0.00 |
| Account No. Impression Cleaning Service<br><br>Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 | X | W | Charges incurred within year of filing or longer.<br><br>Corporate Debt; disputed personal liability only. | X | X | X | 0.00 | 0.00 | 0.00 |
| Account No. Protectco, Inc.<br><br>Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 | X | W | Corporate Debt; disputed personal liability only. | X | X | X | 91.00 | 91.00 | 0.00 |
| Account No. xx-xxx9411<br><br>Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 | X | - | current year<br><br>940 unemployment contributions | X | X | X | 0.00 | 15,177.26 | 15,177.26 |
| Account No. xx-xxx9411<br><br>Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 | X | - | current year<br><br>941 - withholding state income tax | X | X | X | 0.00 | 4,201.66 | 4,201.66 |

Sheet _3_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 91.00<br>19,469.92 | 19,378.92 |
| Total<br>(Report on Summary of Schedules) | 91.00<br>222,913.14 | 44,822.14 |

B6F (Official Form 6F) (12/07)

In re    Armando L Alcala,                                                      Case No. _____
     Edith Alcala
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx x1795 <br><br> ACS <br> 3330 University Avenue <br> Suite 200 <br> Madison, WI 53705-2167 | X | - | | | 2013 <br> Potential claim arising from subcontract. | X | X | X | Unknown |
| Account No. <br><br> Adalberto Hulzar <br> 197 Water Ford Drive <br> Round Lake, IL 60073 | X | - | | | 2013 <br> Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No. 5552 <br><br> Addison Building Materials <br> 3201 S. Busse Road <br> Arlington Heights, IL 60005 | X | - | | | Charges incurred within year of filing or longer. <br> Construction Supplies | X | X | X | 452.64 |
| Account No. x2470 <br><br> Addison Building Materials <br> 3201 S. Busse Road <br> Arlington Heights, IL 60005 | X | J | | | Constructon Supplies | X | X | X | 184.46 |

  __65__   continuation sheets attached

Subtotal    637.10
(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                      Case No. _____
        Edith Alcala

_____ ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Impression<br><br>ADP<br>PO Box 9001006<br>Louisville, KY 40290 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 727.51 |
| Account No.<br><br>Adrian Garcia<br>648 Green Street #316<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Adriana Coronel<br>6361 W. Addison, Apt. G<br>Chicago, IL 60634 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protectco<br><br>Advance Auto Parts<br>PO Box 5219<br>Carol Stream, IL 60197 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 3,353.16 |
| Account No. Protecto, Inc.<br><br>Affordable Roofing, Inc.<br>1500 Dearborn Avenue<br>Aurora, IL 60505 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | Unknown |

Sheet no. _1_ of _65_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           4,080.67

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                          Case No. _____
        Edith Alcala

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. Protectco<br><br>Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 | X | J | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,850.03 |
| Account No. Chicago Constr Specialties Inc<br><br>Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 | X | - | | | Charges incurred within year of filing or longer. Supplies | X | X | X | 543.40 |
| Account No.<br><br>Alberto Flores<br>930 Irving Park Road, Apt. 2B<br>Bensenville, IL 60106 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protecto<br><br>Alejandro Castillo<br>1507 E. Rosita Drive<br>Palatine, IL 60074 | X | J | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. Workers Comp Claim | X | X | X | 0.00 |
| Account No.<br><br>Alejandro Ramierez<br>408 Oak St.<br>Des Plaines, IL 60016 | X | - | | | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |

Sheet no. __2___ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,393.43

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                      Case No. _____
        Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alex Romero Sierra <br> 3650 W. Altgeld <br> Chicago, IL 60647 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. 8580 <br><br> Alexian Brothers Medical Center <br> PO Box 3495 <br> Toledo, OH 43607 | | J | Medical Bill | | | | 435.00 |
| Account No. 630X <br><br> Alexian Brothers Medical Center <br> PO Box 3495 <br> Toledo, OH 43607 | | J | Medical Bill | | | | 30.00 |
| Account No. <br><br> Alfonzo Terriquez <br> 5040 W. 31st Street <br> Cicero, IL 60804 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Chicago Constr Specialties Inc <br><br> Allied Waste #710 <br> PO Box 9000154 <br> Louisville, KY 40290 | X | H | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 2,149.53 |

Sheet no. __3__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                        2,614.53
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                      Case No. _____
        Edith Alcala
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Chicago Constr Specialties Inc | | | | Charges incurred within year of filing or longer. Waste hauling | | | | |
| Allied Waste #721 PO Box 9000154 Louisville, KY 40290 | X | - | | | X | X | X | |
| | | | | | | | | 3,937.50 |
| Account No. | | | | 2013 or earlier Purchase money loan on vehicle that was repossessed. | | | | |
| Ally Finance PO Box 380903 Minneapolis, MN 55438-0903 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Alonzo Morales 1076 Irving Park Road Bensenville, IL 60106 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. Chicago Construction Spec. | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. Workers Comp Claim | | | | |
| Alvaro Huizar IL | X | H | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Amerex 7595 Gadsden Highway Trussville, AL 35173 | X | J | | | X | X | X | |
| | | | | | | | | 9,568.15 |

Sheet no. __4__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           13,505.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                    Case No. _____
        Edith Alcala

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx x-x2000<br><br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | - | | Charges incurred within year of filing or longer. Charges incurred within year o Charges for business use. | X | X | X | 313.47 |
| Account No. Chicago Constr Specialties Inc<br><br>American National Skyline<br>PO Box 4543<br>Carol Stream, IL 60197 | X | H | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only; believe debt was paid. | X | X | X | Unknown |
| Account No.<br><br>Ana B. Medina<br>643 N. Iowa Ave<br>Villa Park, IL 60181 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | X | X | 0.00 |
| Account No. Protectco<br><br>Anderson Pest Solutions<br>PO Box 600670<br>Trussville, AL 35173 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 200.70 |
| Account No. Chicago Construction Spec.<br><br>Angel Meranda Rivera<br>IL | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. Workers Comp Claim | X | X | X | 0.00 |

Sheet no. __5__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    514.17

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                                Case No. _____
         Edith Alcala

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Angel Miranda <br> 710 N. 4th <br> Maywood, IL 60153 | X | - | | 2013 <br> Contributions not made under Union collective bargaining agreements and related contracts; also, pending WC claim. | X | X | X | Unknown |
| Account No. xxxx xx xx x8763 <br><br> Angelica Garcia <br> c/o Workers' Law Office PC <br> 401 S. LaSalle, Ste. 1400 <br> Chicago, IL 60605 | X | - | | 2008 - 2012 <br> Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | X | X | X | Unknown |
| Account No. <br><br> Anita Coronel <br> 1101 Arlington Court <br> Hanover Park, IL 60133 | X | - | | Charges incurred within year of filing or longer. Unpaid vacation pay | X | X | X | 2,665.52 |
| Account No. <br><br> Arber Qendro <br> 4133 N. Mamora Ave <br> Chicago, IL 60634 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Impression <br><br> ARC Disposal & Recycling <br> 2101 S. Busse Road <br> Mount Prospect, IL 60056 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 228.72 |

Sheet no. __6___ of __65__ sheets attached to Schedule of          Subtotal          2,894.24
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                    Case No. _____
       Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Armando Alcala <br> 2225 Seaver Lane <br> Hoffman Estates, IL 60169 | X | - | | 2012 or earlier <br> Shareholder loan to corporation | X | X | X | 46,965.87 |
| Account No. <br><br> Arturo Herrera <br> 7500 Elmhurst Road L Q <br> Des Plaines, IL 60018 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. <br><br> At & T <br> PO Box 6463 <br> Carol Stream, IL 60197 | | J | | | | | | Unknown |
| Account No. Protectco <br><br> ATL First AID Inc. <br> 5250 Grand Avenue <br> Gurnee, IL 60031 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,332.74 |
| Account No. Chicago Constr Specialties Inc <br><br> ATL First Aid, Inc. <br> 5250 Grand Avenue <br> Suite 14 #327 <br> Gurnee, IL 60031 | X | - | | Charges incurred within year of filing or longer. Supplies | X | X | X | 77.04 |

Sheet no. _7___ of _65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          48,375.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx xx2 946 <br><br> AXA Equitable <br> PO Box 1047 <br> Charlotte, NC 28201 | X | J | | | Charges incurred within year of filing or longer. Life Insurance premium due on 3/2/13 | X | X | X | 371.84 |
| Account No. <br><br> Balerio Santos Perez <br> 1072 W. Irving Park Rd., Apt. 1B <br> Bensenville, IL 60106 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protectco <br><br> Bank of America Merchant Services <br> PO Box 6600 <br> Hagerstown, MD 21741 | X | J | | | | X | X | X | 47.73 |
| Account No. xx0197 <br><br> Barrington Orthopedic Specialist <br> 1124 Paysphere Circle <br> Chicago, IL 60674 | | J | | | Medical Bill | | | | 7,000.00 |
| Account No. <br><br> Beatriz Ornelas <br> 409 Catalpa Ave. <br> Wood Dale, IL 60191 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __8__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,419.57

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                    Case No. _____
Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | |
| Ben Hae Choi 841 N. York Road #314 Elmhurst, IL 60126 | | | | | | | | 0.00 |
| Account No. Chicago Construction | X | - | | 2012 Potential claim arising from subcontract. | X | X | X | |
| Berglund Construction Co 8410 S. Chicago Avenue Chicago, IL 60617 | | | | | | | | Unknown |
| Account No. AAEA LLC | X | J | | | X | X | X | |
| Berwyn Police Department 6401 W. 31st Street Berwyn, IL 60402 | | | | | | | | 75.00 |
| Account No. Protectco | X | J | | | X | X | X | |
| Berwyn Police Department 6401 W. 31st Street Berwyn, IL 60402 | | | | | | | | 450.00 |
| Account No. 0453- | | H | | | X | X | X | |
| Best Buy PO Box 17298 Baltimore, MD 21297-1298 | | | | | | | | 1,236.44 |

Sheet no. __9__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,761.44

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                              Case No. _____
         Edith Alcala

                                                        ,
                                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. Chi Con Chicago Construction<br><br>Bill Jacobs Joliet LLC<br>2001 W. Jefferson<br>Joliet, IL 60435 | X | - | | 2008<br>We believe this debt was paid in full. | X | X | X | Unknown |
| Account No. Protectco<br><br>Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 | X | J | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 6,109.67 |
| Account No. Chicago Construction Spec. Inc<br><br>Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 | X | - | | Charges incurred within year of filing or longer.<br>We believe this debt was paid in full. | X | X | X | Unknown |
| Account No. Chicago Construction Spec. Inc<br><br>Bottle Free Water<br>355 E. Geneva Road<br># 363<br>Carol Stream, IL 60188 | X | H | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 95.85 |
| Account No. Protectco<br><br>Brooks Equipment<br>PO Box 60594<br>Charlotte, NC 28260 | X | J | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only.<br>Brooks Equiptment v. Protectco Inc.<br>13-M1-132523 | X | X | X | 2,991.96 |

Sheet no. __10__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  9,197.48

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala
                                                        ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Protectco<br><br>Buckeye Fire Equipment<br>PO Box 428<br>Kings Mountain, NC 28086 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 6,264.40 |
| Account No. xxxx-xxxx-xxxx-4437<br><br>Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 | X | W | | Charges incurred within year of filing or longer. Charges for business use. | X | X | X | 4,879.73 |
| Account No. xxxx-xxxx-xxxx-0453<br><br>Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 | X | - | | February 2013 or earlier<br>Personal credit card in name of Armando Alcala, used for business. | X | X | X | 1,267.12 |
| Account No. xxxx- xxxxxctco<br><br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | X | J | | | X | X | X | 60.00 |
| Account No.<br><br>Catarino Huizar<br>428 Center Lane<br>Round Lake, IL 60073 | X | - | | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |

Sheet no. __11__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          12,471.25

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                    Case No. _____
        Edith Alcala
                                                      ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxx-xxxx-xxxx-4297 | | | | Charges incurred within year of filing or longer. Charges for business use. | | | | |
| Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | W | | | X | X | X | 4,244.14 |
| Account No. xxxx-xxxx-xxxx-3227 | | | | Charges incurred within year of filing or longer. Charges for business and personal use | | | | |
| Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | H | | | X | X | X | 272.00 |
| Account No. xxxx-xxxx-xxxx-4406 | | | | Charges incurred within year of filing or longer. Charges for business use. | | | | |
| Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | H | | | X | X | X | 5,531.50 |
| Account No. xxxx-xxxx-xxxx-8350 | | | | Charges incurred within year of filing or longer. Charges for business use. | | | | |
| Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | W | | | X | X | X | 11,071.88 |
| Account No. xxxx-xxxx-xxxx-5233 | | | | Charges incurred within year of filing or longer. Charges for business use, per statement dated 4/6/13. | | | | |
| Chase Bank USA Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | - | | | X | X | X | 8,007.04 |

Sheet no. __12__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                29,126.56

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala

                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-4406 <br><br> Chase Bank USA <br> Cardmember Service <br> P.O. Box 15153 <br> Wilmington, DE 19886-5153 | X | - | Charges incurred within year of filing or longer. Charges for business use. | X | X | X | 8,126.85 |
| Account No. <br><br> Christian Villegas <br> 1018 N. 22nd Ave <br> Melrose Park, IL 60160 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protectco <br><br> Cimco <br> 16333 Collections Center Drive <br> Chicago, IL 60693 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,338.41 |
| Account No. Impression <br><br> Cimco <br> 16333 Collections Center Drive <br> Chicago, IL 60693 | X | J | | X | X | X | 3,554.33 |
| Account No. Protectco <br><br> Cintas <br> 1025 National Parkway <br> Chicago, IL 60693 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 4,251.84 |

Sheet no. __13__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,271.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,
         Edith Alcala
_____,    Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>CIT Technology<br>c/o MB & W<br>26000 Cannon Rd.<br>Bedford, OH 44146 | X | J | | X | X | X | 14,167.27 |
| Account No. xxxxxx8850<br><br>City of Chicago Dept. of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 | X | - | 3/17/13<br>Parking ticket | X | X | X | 100.00 |
| Account No. Protectco<br><br>City of Chicago- Dept. of Finance<br>PO Box 6330<br>Chicago, IL 60680 | X | J | Parking Tickets | X | X | X | 600.00 |
| Account No.<br><br>City of Chicago- Dept. of Finance<br>PO Box 6330<br>Chicago, IL 60680 | X | J | | X | X | X | 50.00 |
| Account No. Chicago Construction Spec. Inc<br><br>City of Rolling Meadows<br>Photo Enforcement-Traffic Violation<br>3600 Kirchoff Road<br>Rolling Meadows, IL 60008 | X | - | Charges incurred within year of filing or longer.<br>Red Light Camera Claim - Photo Enforcement | X | X | X | Unknown |

Sheet no. __14__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    14,917.27

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

                                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Impression<br><br>City of West Chicago<br>75 Remittance Drive<br>Suite 8658<br>Chicago, IL 60675 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 100.00 |
| Account No. Protectco<br><br>CMIT Solutions of Chicagoland<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,564.00 |
| Account No. Chicago Construction Spec. Inc<br><br>CMIT Solutions of Chicagoland North<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 | X | - | | Charges incurred within year of filing or longer. IT services | X | X | X | 1,021.54 |
| Account No. 1027<br><br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | X | J | | | X | X | X | 3,709.28 |
| Account No.<br><br>Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218 | X | W | | | X | X | X | 258.50 |

Sheet no. __15__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,653.32

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Protecto  Commercial Services, Inc. 2465 St. Johns Bluff Rd. S Jacksonville, FL 32246 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | Unknown |
| Account No. Chicago Construction Spec  Construction & General Laborers' District Council of Chicago 999 McClintock Drive, Ste. 300 Willowbrook, IL 60527 | X | - | prior to 2012 Potential Liability under Collective Bargaining Agreement. | X | X | X | 890.21 |
| Account No. Chi-Con  Construction Data Company PO Box 981097 Boston, MA 02298 | X | J | | X | X | X | 2,086.00 |
| Account No. Impression  Contractors Adjustment Co. Accounts Receivable 750 Lake Cook Rd, Ste. 410 Buffalo Grove, IL 60089 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 570.00 |
| Account No. Protectco  Cosmopolitan Service Corp 1606 Colonial Parkway Palatine, IL 60067 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 284.00 |

Sheet no. __16__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,830.21

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                        Case No. _____
        Edith Alcala
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx-xxxxxxsion | | | | | | | | |
| COTG 4 Territorial Court Bolingbrook, IL 60440 | X | J | | | X | X | X | 1,492.60 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Crown Services, Inc. 5531 W. Cermak Road Suite A Lake Forest, IL 60045 | X | J | | | X | X | X | 4,367.13 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Cynthia Ornelas 682 Zachary Drive Romeoville, IL 60446 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| David Diaz 1080 S. Judson Street Bensenville, IL 60106 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| David Garcia 1627 S. Ruble Chicago, IL 60616 | X | - | | | X | X | X | 0.00 |

Sheet no. __17__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    5,859.73

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,
       Edith Alcala

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

David Trevino
6413 26th St.
Berwyn, IL 60402 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. xxxx9229

De Lage Landen Fin Serv
1111 Old Eagle School Road
Wayne, PA 19087 | X | - | | Charges incurred within year of filing or longer. Lease of Savin copier/printer; returned. | X | X | X | 1,603.02 |
| Account No. Impression

Dean Landscaping
10 Elmhurst Road
Prospect Heights, IL 60070 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 123.50 |
| Account No.

Delfina La Cruz
229 E. Pine Ave
Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.

Derek Smith
2621 Arbor Drive
McHenry, IL 60050 | X | - | | 2013
Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |

Sheet no. __18__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,726.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                        Case No. _____
         Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Diego Demetrio 24 S. Addison St. Bensenville, IL 60106 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Donato Vaccaro 3041 Lincoln St. Franklin Park, IL 60131 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Door Systems 751 Expressway Drive Itasca, IL 60143 | X | J | | | X | X | X | |
| | | | | | | | | 1,988.29 |
| Account No. xxxx xx xx x8763 | | | | 2008 - 2012 Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | | | | |
| Edgar Garcia c/o Workers' Law Office PC 401 S. LaSalle, Ste. 1400 Chicago, IL 60605 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Efren Alvarado 222 N. Cornell Ave. Villa Park, IL 60181 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __19__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,988.29

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Eliverio Carrera<br>415 Barron Street<br>Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Elizabeth Silva<br>1064 W. Irving Park Road<br>Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Elmer Garcia<br>1072 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Impression<br><br>Elmhurst Memorial Hospital<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 50.00 |
| Account No. Protectco<br><br>Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 2,916.26 |

Sheet no. __20__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 2,966.26

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Chicago Construction Spec. Inc<br><br>Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 | X | H | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 744.58 |
| Account No. Chicago Construction Spec. Inc<br><br>Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 | X | - | | Charges incurred within year of filing or longer. Medical benefits for workers. | X | X | X | 744.58 |
| Account No.<br><br>Endrit Cela<br>4515 N. Narragansett<br>Chicago, IL 60630 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. xxxx-xxxxxxsion<br><br>Energy Plus<br>PO Box 38815<br>Philadelphia, PA 19104 | X | J | | | X | X | X | 50.00 |
| Account No.<br><br>Enrique Del Carmen<br>168 Martha Street<br>Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __21__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,539.16

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Epifanio Soria<br>3120 Monroe Street<br>Bellwood, IL 60104 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Express<br>PO Box 659728<br>San Antonio, TX 78265 | | W | | Charge Account | X | X | X | 253.25 |
| Account No.  Impression<br><br>FedEx Corporation<br>US Collections Department<br>PO Box 94515<br>Palatine, IL 60094-4515 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 26.18 |
| Account No.  Protectco<br><br>Fire Equipment Company<br>PO Box 2308<br>80 West Lake Street<br>Northlake, IL 60164 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 7,246.18 |
| Account No.  Protectco<br><br>Flagg Creek Water Reclamation Dist.<br>7001 Grontage Rd.<br>Willowbrook, IL 60527 | X | J | | | X | X | X | 200.00 |

Sheet no. __22__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          7,725.61

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                        Case No. _____
       Edith Alcala

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. Protectco<br><br>Fleetmatics<br>70 Walnut Street<br>Wellesley Hills, MA 02481 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 0.00 |
| Account No. xx-xxxx495 4<br><br>Flood Brothers<br>PO Box 4560<br>Carol Stream, IL 60197 | X | - | | Charges incurred within year of filing or longer. Disposal and Recycling services. | X | X | X | 864.96 |
| Account No. xxxx-xxxxxctco<br><br>Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 | X | J | | | X | X | X | 1,672.90 |
| Account No. xxxx-xxxxxctco<br><br>Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 | X | J | | | X | X | X | 4,241.31 |
| Account No. xxxx-xxxxxctco<br><br>Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 | X | J | | | X | X | X | 14,539.91 |

Sheet no. __23__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          21,319.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxx-xxxxxctco | | | | | | | | |
| Ford Motor Credit Co. c/o James Bernicky 608 S. Washington Ste. 207 Naperville, IL 60540 | X | J | | | X | X | X | 2,234.38 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Gabriela Nunez 130 W. Wrightwood Avenue Glendale Heights, IL 60139 | X | - | | | X | X | X | 0.00 |
| Account No. Impression | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Gallagher Lieb Moroni & Associates 200 W. Higgins Road Suite 326 Schaumburg, IL 60195 | X | W | | | X | X | X | 3,225.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Gallagher Lieb Moroni & Associates 200 W. Higgins Road Suite 326 Schaumburg, IL 60195 | X | J | | | X | X | X | 7,397.50 |
| Account No. n/a | | | | Charges incurred within year of filing or longer. Accounting Services | | | | |
| Gallagher Lieb Moroni & Associates 200 W. Higgins Road Suite 326 Schaumburg, IL 60195 | X | - | | | X | X | X | 6,425.00 |

Sheet no. __24__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,281.88

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                     Case No. _____
         Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** Gallant Construction Co., Inc. 345 Memorial Drive, Suite B Crystal Lake, IL 60014 | X | - | 2012 Potential claim arising from subcontract. | X | X | X | Unknown |
| **Account No.** Genoveva Cruz 1066 W. Irving Park Road Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| **Account No.** Gerardo Gonzalez 233 S. Marlon St. Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| **Account No.** Gladis Garcia 1066 Irving Park Road Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| **Account No. 0651** Global Payments 10705 Red Run Blvd. Owings Mills, MD 21117 | X | J | | X | X | X | 154.70 |

Sheet no. __25__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     154.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx-xxi-Con | | | | | | | | |
| GMAC Payment Processing Center P.O. Box 51014 Carol Stream, IL 60125-1014 | X | J | | | X | X | X | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Godofredo Balderrama 108 Eastview Ave, Apt GC Bensenville, IL 60106 | X | - | | | X | X | X | 0.00 |
| Account No.  xxx-xxx6233 | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Great America Financial Services PO Box 660831 Dallas, TX 75266-0831 | X | W | | | X | X | X | 690.63 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Guadalupe Mondragon 1121 Birch Drive, Apt. 6 Elgin, IL 60120 | X | - | | | X | X | X | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Guillermina Rodriguez 27 King Arthur Court Apt. 20B Northlake, IL 60164 | X | - | | | X | X | X | 0.00 |

Sheet no. __26__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          690.63

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala

                                              ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx xx xx x8763 | | | | 2008 - 2012 | | | | |
| Gustavo Cobarrubias c/o Workers' Law Office PC 401 S. LaSalle, Ste. 1400 Chicago, IL 60605 | X | | J | Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | X | X | X | Unknown |
| Account No. Chicago Construction Spec | | | | 2013 | | | | |
| HACIA 901 W. Jackson Blvd. Suite 205 Chicago, IL 60607 | X | | - | Current year dues. | X | X | X | 150.00 |
| Account No. xxx-xxxxxx0-002 | | | | 2012 | | | | |
| Hitachi Capital America Corp. 800 Connecticutt Avenue Norwalk, CT 06854 | X | | - | Vehicle installment purchase agreement; which we believe has been paid in full. | X | X | X | 10,663.93 |
| Account No. Impression | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Home Depot Credit Services Dept -7160 PO Box 183175 Columbus, OH 43218 | X | W | | | X | X | X | 272.54 |
| Account No. xxxx-xxxx-xxxx-8428 | | | | Charges incurred within year of filing or longer. Corporate credit card charges. | | | | |
| Home Depot Credit Services Dept -8428 PO Box 183175 Columbus, OH 43218 | X | | - | | X | X | X | 806.58 |

Sheet no. __27__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,893.05

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,   Case No. _____

Edith Alcala

,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0453 | | | Charges incurred within year of filing or longer. Charges for business and personal use | | | | |
| HSBC Retail Services PO Box 71106 Charlotte, NC 28272-1106 | X | H | | X | X | X | 1,236.44 |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Hugo Alverado 3871 Ivanhoe Schiller Park, IL 60176 | X | - | | X | X | X | 0.00 |
| Account No. xxxx xx xx x8763 | | | 2008 - 2012 Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | | | | |
| Humberto Iribarren c/o Workers' Law Office PC 401 S. LaSalle, Ste. 1400 Chicago, IL 60605 | X | - | | X | X | X | Unknown |
| Account No. Protectco | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| ICW Group 11455 El Camino Real San Diego, CA 92130 | X | J | | X | X | X | 16,470.00 |
| Account No. xxxxxxx7677 | | | Prior to May 22, 2013 Charges for missed tolls, incurred primarily AFTER vehicle was repossessed. | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | - | | X | X | X | 1,049.40 |

Sheet no. __28__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,755.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                          ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx-xxxxxctco | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | J | | | X | X | X | 85.30 |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Charges for business use. | | | | |
| Image Systems & Bus. Solutions 1776 Commerce Drive Elk Grove Village, IL 60007 | X | - | | | X | X | X | 624.00 |
| Account No. n/a | | | | Charges incurred within year of filing or longer. Intercompany claim, per books & records. | | | | |
| Impression Cleaning Service, Inc. 1697 Imperial Court Mount Prospect, IL 60056 | X | - | | | X | X | X | 152,119.03 |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Independent Recycling Services 2401 S. Laflin Street Chicago, IL 60608 | X | H | | | X | X | X | 30,694.45 |
| Account No. Impression | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Independent Recycling Services 2401 S. Laflin Street Chicago, IL 60608 | X | W | | | X | X | X | 545.00 |

Sheet no. __29__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

184,067.78

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,    Case No. _____
         Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxxxx xxxx0-146<br><br>Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 | X | - | Charges incurred within year of filing or longer. Charges for business use. Recycling. Claim personally guarantied by Armando Alcala. | X | X | X | 37,970.69 |
| Account No. x7283<br><br>Innovatech<br>832 80th Street SW<br>Everett, WA 98203 | X | - | 3/11/11<br>Seller of equipment leased through Susquehanna Finance | X | X | X | Unknown |
| Account No.<br><br>Isabel Benitez<br>1001 Ferrari Drive, Apt 1B<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Isabel Teran<br>1001 Ferrari Drive # 1B<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. xxxx xx xx x8763<br><br>Isaias Martinez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 | X | - | 2008 - 2012<br>Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | X | X | X | Unknown |

Sheet no. __30__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    37,970.69

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,    Case No. _____
          Edith Alcala

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| James Hilgers 1004 N. Plum Grove, Apt. 116 Schaumburg, IL 60173 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2012 or prior Potential claim arising from subcontract. | | | | |
| JC Anderson, Inc. 834 N. Church Road Elmhurst, IL 60126 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Jeffry Combs 11216 264th Ave. Trevor, WI 53179 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Jesus Vega 3611 1/2 S. Lombard Ave. Cicero, IL 60804 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Jeyner Leyva 1008 Argyle St., Apt 12A Bensenville, IL 60106 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __31__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                                    Case No. _____
       Edith Alcala

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Joel Infante 1550 N. 40th St. Stone Park, IL 60165 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.  John J. Saenz 26 King Arthur Court, Apt. 14 Melrose Park, IL 60160 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.  Jorge Velazquez 111 Mason Street Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.  Jose Celleri 2638 Scott Street Des Plaines, IL 60018 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.  Jose D. Fejerang, Jr. 5037 N. Mango Chicago, IL 60630 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __32__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                            Case No. _____
         Edith Alcala
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.

Jose L. Troncoso
1530 23th Ave., Apt. 2nd Floor
Melrose Park, IL 60160 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.

Jose Mendoza
1020 W. Hillside Drive
Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.

Jose Rodriguez
2150 W. Devon
Chicago, IL 60659 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.

Jose Tamayo
2332 N. Moody Ave.
Chicago, IL 60639 | X | - | | 2013
Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No.

Jose Vega
3611 1/2 S. Lombard
Cicero, IL 60804 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __33__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                            ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. Chicago Construction Spec. Inc<br><br>Joseph M. Wiedemann & Sons<br>505 E. Golf Road<br>Arlington Heights, IL 60005 | X | - | | | Charges incurred within year of filing or longer. Insurance services | X | X | X | 35,022.00 |
| Account No.<br><br>JP Morgan Chase<br>PO Box 32096<br>Louisville, KY 40232-2096 | | J | | | | | | | 16,330.48 |
| Account No. xxxxxxxx6001<br><br>JP Morgan Chase Bank, N.A.<br>OH2-5170<br>50 S. Main St., 9th Floor<br>Akron, OH 44308 | X | J | | | Personally guarantied corporate debt | X | X | X | 8,442.66 |
| Account No.<br><br>Juan Davish<br>1218 S. 51st Ave.<br>Cicero, IL 60804 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Julio Rosales<br>1076 W. Irving Park Road<br>Bensenville, IL 60106 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __34__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,795.14

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                              Case No. _____
         Edith Alcala
                                                                    ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Justino Diego<br>1080 Judson Street, Apt. 1<br>Bensenville, IL 60106 | X | - | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No. Chicago Construction Spec.<br><br>Kelley Kelley & Kelley<br>1535 W. Schaumburg Road<br>Schaumburg, IL 60194 | X | - | 2013<br>Legal Services | X | X | X | 7,088.78 |
| Account No. Protectco<br><br>Knight Enterprises<br>128 W. Lake Street<br>Northlake, IL 60164 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,485.28 |
| Account No. xxx-xxx7-662<br><br>Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 | X | W | Charges incurred within year of filing or longer. Charges for household use. | X | X | X | 591.97 |
| Account No. Protectco<br><br>Konica Minolta - Lease<br>21146 Network Place<br>Chicago, IL 60673 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,215.50 |

Sheet no. __35__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,381.53

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                        Case No. _____
        Edith Alcala

                                              ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Impression<br><br>Konica Minolta - Lease<br>Dept CH 19188<br>Palatine, IL 60055-9188 | X | W | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 541.74 |
| Account No.  Protectco<br><br>Konica Minolta - Supplies<br>21146 Network Place<br>Chicago, IL 60673 | X | J | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 344.62 |
| Account No.  n/a<br><br>Laborers' Pension  Fund<br>11465 Cermak Road, Suite 1415<br>Westchester, IL 60154 | X | H | | November 2012 - February 2013<br>Judgment in case 13-cv-2463 with two other plaintiffs; a significant portion of this debt may be paid directly by subcontractors or co-defendant Chicago Constr. Spec., Inc.<br>    Subject to setoff. | X | X | X | 248,955.70 |
| Account No.  Protectco<br><br>Len's Ace Hardware<br>30 W. Lake Street<br>Addison, IL 60101 | X | J | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 694.59 |
| Account No.  Raymond James GC<br><br>Leopardo Companies, Inc.<br>333 W. Wacker Drive, Ste 250<br>Chicago, IL 60606 | X | - | | 2012<br>Potential claim arising from subcontract. | X | X | X | Unknown |

Sheet no. __36__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    250,536.65

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
          Edith Alcala
                                                                    ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. Impression<br><br>Lexus Financial Servic<br>PO Box 4102<br>Carol Stream, IL 60197 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,004.50 |
| Account No. xxxxx-xxxxxxsion<br><br>Lexus Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 | X | J | | X | X | X | 6,404.64 |
| Account No. xxxxxxxxx-xxxxxctco<br><br>Liberty Mutual Agency Markets<br>c/o Wilber Lane Law Firm<br>PO BOX 2155<br>Bloomington, IL 61702 | X | J | | X | X | X | 9,019.65 |
| Account No.<br><br>Lilliana P. Aguilar<br>65 Andover Drive<br>Roselle, IL 60172 | X | - | Charges incurred within year of filing or longer. Debtor believes that all wages were paid, and that employee was not eligible for vacation pay (from the Debtor) because he worked less than a year for the Debtor.  Also a potential member of the Nunez class, as a former Impression employee. | X | X | X | Unknown |
| Account No. Chicago Construction Spec<br><br>Litgen Concrete Cutting<br>1020 Nerge Road<br>Elk Grove Village, IL 60007 | X | - | 2013<br>Concrete cutting services | X | X | X | 425.00 |

Sheet no. __37__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                16,853.79

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                    Case No. _____
        Edith Alcala
                                                        ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxx1015 | | | | Charges incurred within year of filing or longer. Charges for household use. | | | | |
| Loft PO Box 659705 San Antonio, TX 78265 | X | W | | | X | X | X | 227.98 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Lorenzo Cervantes 2651 Debbie Court Joliet, IL 60435 | X | - | | | | X | X | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Luis F. Amorocho 359 W. Carriage Lane Bensenville, IL 60106 | X | - | | | X | X | X | 0.00 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Macgyver Perez 950 W. Irving Park Rd. Bensenville, IL 60106 | X | - | | | X | X | X | 0.00 |
| Account No. xxxx xxxxxxxx xourt | | | | 3/27/2009 Lease liability for property vacated in June 2013; remaining rent liability unliquidated and disputed. | | | | |
| Mackey Building Corporation 1691 Imperial Court Mount Prospect, IL 60056 | X | - | | | X | X | X | Unknown |

Sheet no. __38__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       227.98

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                                  Case No. _____
        Edith Alcala
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx-xxx-xxx-187-0 <br><br> Macy's <br> c/o Bankruptcy Processing <br> PO Box 8053 <br> Mason, OH 45040 | X | W | Charges incurred within year of filing or longer. Charges for household use. | X | X | X | 49.75 |
| Account No. <br><br> Marcelino Andrade <br> 216 Rose <br> Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. <br><br> Marco Garcia <br> 635 N. Meadows <br> Addison, IL 60101 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. <br><br> Maria Diaz <br> 1407 N. Broadway <br> Melrose Park, IL 60160 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. <br><br> Maria E. Munoz <br> 1218 S. 51st Ave <br> Cicero, IL 60804 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __39__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    49.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,          Case No. _____
Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Maria Fernandez 2332 N. Moody Ave. Chicago, IL 60639 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Maria Garcia 162 W. Irving Park Road Apt 1B Bensenville, IL 60106 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Mario Lopez 1062 W. Irving Park Road, Apt. 1B Bensenville, IL 60106 | X | - | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. Chicago Construction Spec. | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. Workers Comp Claim | | | | |
| Mario Perez IL | X | H | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Charges incurred within year of filing or longer. Debtor believes that all wages were paid, and that employee was not eligible for vacation pay (from the Debtor) because he worked less than a year for the Debtor. | | | | |
| Mark A. Potter 33255 N. Valley View Drive Grayslake, IL 60030 | X | - | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __40__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala

                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx0032<br><br>Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,142.90 |
| Account No.<br><br>Martin A. Arnaud<br>733 Dulles Road, 3rd Fl. E<br>Des Plaines, IL 60016 | X | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Martin Bueno<br>126 6th Ave.<br>Bartlett, IL 60103 | X | - | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No. Protectco<br><br>Martin Leasing Co.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | X | J | Charges incurred within year of filing or longer. Personally guarantied corporate debt | X | X | X | 1,142.90 |
| Account No. xx xx xx5823<br><br>Martin Velazquez<br>1101 Arlington<br>Hanover Park, IL 60133 | X | - | 2013<br>Unliquidated Workers' Comp claim. | X | X | X | Unknown |

Sheet no. __41__ of __65__ sheets attached to Schedule of                          Subtotal               2,285.80
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,            Case No. _____
         Edith Alcala
                                          ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | |
| Marto Lopez 1062 W. Irving Park Road, Apt. 1B Bensenville, IL 60106 | X | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | |
| Marvin Cano 1009 Medina St. Bensenville, IL 60106 | X | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | X | X | |
| Matthew Hagen 144 Laurie Lane Oswego, IL 60543 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | |
| Maxsafe Antifreeze 298 Beinoris Drive Wood Dale, IL 60191 | X | J | | | | | | |
| | | | | | | | | 682.00 |
| Account No. xxxx xx xx x8763 | | | | 2008 - 2012 Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | X | X | X | |
| Mayra Nunez c/o Workers' Law Office PC 401 S. LaSalle, Ste. 1400 Chicago, IL 60605 | X | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __42__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     682.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                                    Case No. _____
        Edith Alcala
                                                                    ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Protectco | | | | | | | | |
| Melrose Park Police Department 1 N. Broadway Melrose Park, IL 60160 | X | J | | | X | X | X | 65.00 |
| Account No. | | | | Charges incurred within year of filing or longer. Debtor believes that all wages were paid, and that employee was not eligible for vacation pay (from the Debtor) because he worked less than a year for the Debtor.  Also, potential member of Nunez class, as a former Impression employee. | | | | |
| Michael E. O'Hare 1400 Holland Place Downers Grove, IL 60515 | X | - | | | X | X | X | Unknown |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Midwest Insurance Agency 975 W. Hawthorn Drive Itasca, IL 60143 | X | J | | | X | X | X | 450.00 |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Insurance. | | | | |
| Midwest Insurance Agency 975 W. Hawthorn Drive Itasca, IL 60143 | X | - | | | X | X | X | 30.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Milestone Equipment & Supplies, LLC 224 David Drive Streamwood, IL 60107 | X | J | | | X | X | X | 18,875.17 |

Sheet no. __43__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          19,420.17

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala
                                                                ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. Chicago Construction Spec. Inc<br><br>Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 | X | H | | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 1,120.86 |
| Account No. Impression<br><br>Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 | X | W | | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 6,672.48 |
| Account No. Chi Con<br><br>Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 | X | - | | | Charges incurred within year of filing or longer.<br>Supplies | X | X | X | 1,120.86 |
| Account No.<br><br>Milton E. Fonseca<br>6015 W Warwick<br>Chicago, IL 60634 | X | - | | | Charges incurred within year of filing or longer.<br>Employee of Impression Cleaning Service, Inc.<br>Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Monica Esquivel<br>1060 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 | X | - | | | Charges incurred within year of filing or longer.<br>Employee of Impression Cleaning Service, Inc.<br>Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __44__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,914.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,    Case No. _____
Edith Alcala

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. Impression | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Most Valuable Personnel 4734 Solution Center Chicago, IL 60677 | X | W | | | X | X | X | |
| | | | | | | | | 613.60 |
| Account No. Protecto | | | | January 2012 Corporate Debt; disputed personal liability only. | | | | |
| New China Restaurant 308 Northwest Highway Fox River Grove, IL 60021 | X | W | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. Protecto | | | | October 2004 Corporate Debt; disputed personal liability only. | | | | |
| New Harrison Hotel 601 S. Wabash Chicago, IL 60601 | X | W | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. xxxxxx- xxxxxctco | | | | | | | | |
| NFPA PO Box 9689 Manchester, NH 03108 | X | J | | | X | X | X | |
| | | | | | | | | 165.00 |
| Account No. xxxxxxxxxx - xxxxxxx3426 | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| NICOR P.O. Box 2020 Aurora, IL 60507 | X | W | | | X | X | X | |
| | | | | | | | | 1,930.50 |

Sheet no. __45__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,709.10

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,  Case No. _____
Edith Alcala

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. Protectco<br><br>Nitech Fire & Security Industries<br>109 Fairfield Way<br>Suite 305<br>Bloomingdale, IL 60108 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 215.79 |
| Account No. Chicago Construction Spec. Inc<br><br>Occupational Training & Supply<br>7233 Adams Street<br>Willowbrook, IL 60527 | X | H | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,653.55 |
| Account No.<br><br>Octavio Diego Benitez<br>1120 Judson St., Apt. 2A<br>Bensenville, IL 60106 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protectco<br><br>Office of the State Fire Marshall<br>Div. of Fire Prevention<br>PO Box 6171<br>Springfield, IL 62703 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | Unknown |
| Account No. Protecto<br><br>Oscar F. Rangel<br>IL | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. Workers Comp Claim | X | X | X | 0.00 |

Sheet no. __46__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  1,869.34

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                          Case No. _____
        Edith Alcala
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Osmin Mendiluse<br>5340 W. 24th Place<br>Cicero, IL 60804 | X | - | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No.<br><br>Otilia Mena<br>1430 S. Clarence Ave.<br>Berwyn, IL 60402 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. Protectco<br><br>Pacey Electrical & Technologies<br>740 N. Michigan Ave.<br>Villa Park, IL 60181 | X | J | | X | X | X | 816.68 |
| Account No.<br><br>Pedro Cano Herrera<br>1072 W. Irving Park Road<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br>Pedro Mazariegos<br>1008 Argyle Street, #12A<br>Bensenville, IL 60106 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |

Sheet no. __47__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

816.68

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                              Case No. _____
        Edith Alcala
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Phillips Electric 110 N. Williams PO Box 105 Thornton, IL 60476 | X | | J | | X | X | X | 709.90 |
| Account No. | | | | Traffic Ticket | | | | |
| Photo Enforcement Program 75 remittance Dr. Ste. 6658 Chicago, IL 60675 | X | | J | | X | X | X | 200.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Pomp's Tire Services, Inc. PO Box 1630 Green Bay, WI 54305 | X | | J | | X | X | X | 567.87 |
| Account No. xxxx7765 | | | | Charges incurred within year of filing or longer. Medical bills | | | | |
| Premier Pain Specialists 2447 Mementum Place Chicago, IL 60689 | X | | J | | X | X | X | 80.00 |
| Account No. xxxx0743 | | | | Medical Bill | | | | |
| Premier Pain Specialists 2447 Mementum Place Chicago, IL 60689 | | | J | | | | | 70.00 |

Sheet no. __48__ of __65__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)            1,627.77

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                        Case No. _____
        Edith Alcala
                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxx7765 | | | J | Medical Bill | | | | |
| Premiere Pain Specialist 2447 Momentum Place Chicago, IL 60689 | | | | | | | | 80.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Professional Inspection Services 151 S. Elmwood Avenue Palatine, IL 60074 | X | | J | | X | X | X | 2,100.00 |
| Account No. n/a | | | | Charges incurred within year of filing or longer. Intercompany claim, per books & records. | | | | |
| Protectco, Inc. 1697 Imperial Court Mount Prospect, IL 60056 | X | | - | | X | X | X | 99,562.89 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Purchase Power PO Box 371874 Pittsburgh, PA 15250 | X | | J | | X | X | X | 754.56 |
| Account No. x120A | | | | Medical Bill | | | | |
| Radiological Consultants of Woodsto 9410 Compubill Dr. Orland Park, IL 60462 | | | J | | | | | 53.00 |

Sheet no. __49__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,550.45

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Rafael Cervantes <br> 3758 W. 55th Street, Apt. 2 <br> Chicago, IL 60632 | X | - | | 2013 <br> Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No. <br><br> Ramon Magallanes <br> 435 Raymond Street <br> Elgin, IL 60120 | X | - | | 2013 <br> Contributions not made under Union collective bargaining agreements and related contracts. | | X | X | Unknown |
| Account No. Chicago Construction Spec. <br><br> Randall Industries <br> 741 S. Rte. 83 <br> Elmhurst, IL 60126 | X | - | | 3/11/11 <br> Arial Lift rentals, which were repossessed and presumably sold, with proceeds applied to debt in presently unknown amounts. | X | X | X | Unknown |
| Account No. xxxxxxx x5803 <br><br> Reed Construction <br> 600 W. Jackson Blvd. <br> Suite 500 <br> Chicago, IL 60661 | X | - | | 2013 <br> Potential claim arising from subcontract. | X | X | X | Unknown |
| Account No. Protecto <br><br> Regal Business Machines <br> 1140 W. Washington Blvd. <br> Chicago, IL 60607 | X | J | | Dec. 30, 2009 <br> Corporate Debt; disputed personal liability only. | X | X | X | 145.65 |

Sheet no. __50__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    145.65

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,        Case No. _____
        Edith Alcala
                                                    ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx- xxxxxxsion | | | | | | | |
| Republic Services 2101 S. Busse Rd. Mount Prospect, IL 60056 | X | J | | X | X | X | 957.06 |
| Account No. | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Reynaldo Silva 473 S. Cleveland Ave. Bourbonnais, IL 60914 | X | - | | X | X | X | Unknown |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Ricardo Navarro 1407 S. 48th Ct. Cicero, IL 60804 | X | - | | X | X | X | 0.00 |
| Account No. | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Ricardo Texta 537 S. Adeline Ave Addison, IL 60101 | X | - | | X | X | X | 0.00 |
| Account No. | | | Charges incurred within year of filing or longer. Vacation pay | | | | |
| Ruth A. Kronvold 85 Pleasant Street Hoffman Estates, IL 60169 | X | - | | X | X | X | 2,090.27 |

Sheet no. __51__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,047.33

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ryan McKenna<br>11805 Coquille Drive<br>Frankfort, IL 60423 | X | - | 2013<br>Contributions not made under Union collective bargaining agreements and related contracts. | X | X | X | Unknown |
| Account No. Protectco<br><br>Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 667.30 |
| Account No. xxxxxnc-01<br><br>Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 | X | J | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 4,820.00 |
| Account No.<br><br>Secretary of State of Illinois<br>351 Howlett Building<br>Springfield, IL 62576 | X | J | AAEA, LLC | X | X | X | 250.00 |
| Account No. Chicago Construction Spec. Inc<br><br>Secura Insurance Co.<br>PO Box 819<br>Appleton, WI 54912 | X | H | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 26,647.15 |

Sheet no. __52__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,384.45

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                          Case No. _____
        Edith Alcala
                                                                ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx-xxxxxxsion | | | | | | | |
| Secura Insurance Co. PO Box 819 Appleton, WI 54912 | X | J | | X | X | X | 1,992.66 |
| Account No. | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Sergio Mata 1701 W. Magnolia Lane Mount Prospect, IL 60056 | X | - | | | X | X | Unknown |
| Account No. Chicago Construction Spec. Inc | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197 | X | H | | X | X | X | 303.01 |
| Account No. Impression | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Sprint PO Box 5181 Carol Stream, IL 60197 | X | W | | X | X | X | 133.68 |
| Account No. Chicago Construction Spec. Inc | | | Charges incurred within year of filing or longer. Telephone service. | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197 | X | - | | X | X | X | 503.01 |

Sheet no. __53__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,932.36

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                                    Case No. _____
        Edith Alcala
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Chicago Construction Spec. Inc<br><br>Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 | X | H | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 4,701.65 |
| Account No. Impression<br><br>Sunbelt Rentals<br>6260 Joliet Road<br>La Grange, IL 60525 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 3,543.95 |
| Account No. xx1928<br><br>Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 | X | - | Charges incurred within year of filing or longer. Equipment rental. | X | X | X | 4,966.34 |
| Account No. xx9137<br><br>Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 | X | J | June 15, 2012<br>Personally guarantied corporate debt | X | X | X | Unknown |
| Account No. xx9137<br><br>Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 | X | - | June 15, 2012<br>Repossessed leased equipment, including a sky lift, a no-ramp 12' flatbed utility trailer, a scraper machine and others. | X | X | X | Unknown |

Sheet no. __54__ of __65__ sheets attached to Schedule of                    Subtotal                13,211.94
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,   Case No. _____
Edith Alcala

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx-xxi-Con | | | | | | | |
| Susquehanna Commercial Finance<br>2 Country View Rd. Ste 300<br>Malvern, PA 19355 | X | J | | X | X | X | |
| | | | | | | | 457.00 |
| Account No. Protectco | | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | | | | |
| Swedish Covenant Hospital<br>5145 N. California Avenue<br>Chicago, IL 60625 | X | J | | X | X | X | |
| | | | | | | | 1,635.74 |
| Account No. xxxxxx1029 | | | Charges incurred within year of filing or longer.<br>Vehicle leasing.  Most vehicles were either repossessed, or the liens repaid prior to the sale of the vehicles.  A debt is listed, but it is likely that nothing is actually due. | | | | |
| TD Auto Finance<br>PO Box 9001921<br>Louisville, KY 40290 | X | - | | X | X | X | |
| | | | | | | | 32,554.98 |
| Account No. xxxxxxxx- xxxxxctco | | | | | | | |
| Telecheck Services, Inc.<br>PO Box 60028<br>City of Industry, CA 91716 | X | J | | X | X | X | |
| | | | | | | | 159.93 |
| Account No. xxxxxxxxx - xx0826 | | | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | | | | |
| Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 | X | J | | X | X | X | |
| | | | | | | | 440.15 |

Sheet no. __55__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   35,247.80

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                    Case No. _____
        Edith Alcala
                                                    ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx xx1245 <br><br> Teletrac <br> Dept LA 23726 <br> Pasadena, CA 91185 | X | W | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 223.73 |
| Account No. <br><br> Teofilio Coronel <br> 1101 Arlington Ct. <br> Hanover Park, IL 60133 | X | - | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No. xxxxxxxx- xxi-Con <br><br> The Blue Book <br> PO Box 500 <br> Jefferson Valley, NY 10535 | X | J | | X | X | X | 208.05 |
| Account No. xxxx-xxxx-xxxx-4031 <br><br> The Great Indoors <br> TGI Mastercard <br> PO Box 183082 <br> Columbus, OH 43218 | X | W | Charges incurred within year of filing or longer. Charges for household use. | X | X | X | 2,351.06 |
| Account No. xxxxxxxx-xxxxxctco <br><br> The Hartford <br> N La Salle St #26 <br> Chicago, IL 60602 | X | J | | X | X | X | 282.62 |

Sheet no. __56__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,065.46

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                           Case No. _____
       Edith Alcala

                                                              ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Protectco<br><br>Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 704.00 |
| Account No. Impression<br><br>Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 133.00 |
| Account No. Impression<br><br>Town of Cicero<br>4949 West Cermak Road<br>Cicero, IL 60804 | X | J | | | X | X | X | 250.00 |
| Account No. 9711<br><br>Travel Advantage Network<br>672 Old Mill Rd.<br>Millersville, MD 21108 | | J | | | | | | 2,090.24 |
| Account No. Protectco<br><br>Tribute Interactive<br>14891 Collections Center Drive<br>Chicago, IL 60693 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 375.00 |

Sheet no. __57__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                3,552.24
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,          Case No. _____
         Edith Alcala

                                                    ,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Chicago Construction Spec | | | 2013 or earlier | | | | |
| Turner Construction 55 E. Monroe Street Suite 3100 Chicago, IL 60603 | X | - | Potential claim arising from subcontract. | X | X | X | Unknown |
| Account No. Protectco | | | Charges incurred within year of filing or longer. | | | | |
| Tyco Fire Suppression & Bldg Prod Dept. CH-10513 Palatine, IL 60055 | X | J | Corporate Debt; disputed personal liability only. | X | X | X | 3,141.37 |
| Account No. Protectco | | | Charges incurred within year of filing or longer. | | | | |
| United States Fire Prot/Alliance 28427 N. Ballard Drive Unit H Lake Forest, IL 60045 | X | J | Corporate Debt; disputed personal liability only. | X | X | X | 279.50 |
| Account No. xxxx-xxxx-xxxx-9808 | | | Charges incurred within year of filing or longer. | | | | |
| US Bank P.O. Box 9487 Minneapolis, MN 55440-9487 | X | - | Charges for business use. | X | X | X | 5,971.81 |
| Account No. xxxx- xxxxxctco | | | | | | | |
| Us Bank PO Box 5227 Cincinnati, OH 45201 | X | J | | X | X | X | 366.64 |

Sheet no. __58__ of __65__ sheets attached to Schedule of          Subtotal          9,759.32
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                          Case No. _____
        Edith Alcala
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxxctco<br><br>Us Bank<br>PO Box 5227<br>Cincinnati, OH 45201 | X | J | | X | X | X | 2,175.43 |
| Account No. Protectco<br><br>US Bankcorp Equip. Finance<br>PO Box 790448<br>Saint Louis, MO 63179 | X | J | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only.<br>Guaranty of Edith Alcala crossed out on Lease Agreement dated 12/30/09 | X | X | X | 59.61 |
| Account No. xxxxxxxxxx0067<br><br>US Dept. of Homeland Security<br>One Tower Lane, Ste 1600<br>Villa Park, IL 60181 | X | J | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 3,784.00 |
| Account No. Protectco<br><br>UST<br>PO Box 970<br>La Verne, CA 91750 | X | J | Charges incurred within year of filing or longer.<br>Corporate Debt; disputed personal liability only. | X | X | X | 425.00 |
| Account No. xxxx xx xx x8763<br><br>Venancio Organista<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 | X | J | 2008 - 2012<br>Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | X | X | X | Unknown |

Sheet no. __59__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,444.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

                                                                    ,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  Protectco<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | X | J | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 5,653.02 |
| Account No.<br><br>Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | | J | | | | | | | Unknown |
| Account No.<br><br>Vicente Benitez<br>1407 N. Broadway<br>Melrose Park, IL 60160 | X | - | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.  x1034<br><br>Victor Grandinetti DDS<br>1585 Barrington Rd.<br>Hoffman Estates, IL 60194 | | J | | | Medical Bill | | | | 278.00 |
| Account No.  x-xxxx-2670<br><br>Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265 | X | W | | | Charges incurred within year of filing or longer. Charges for household use. | X | X | X | 193.56 |

Sheet no.  _60_  of  _65_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,124.58

B6F (Official Form 6F) (12/07) - Cont.

In re   Armando L Alcala,                                        Case No. _____
        Edith Alcala

                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Protectco | | | | | | | | |
| Village of Melrose Park PO Box 66032 Chicago, IL 60666 | X | J | | | X | X | X | |
| | | | | | | | | 200.00 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Village of Mount Prospect PO Box 4297 Carol Stream, IL 60197 | X | J | | | X | X | X | |
| | | | | | | | | 479.25 |
| Account No. Chicago Construction Specialti | | | | Charges incurred within year of filing or longer. Red Light Photo Enforcement | | | | |
| Village of Mount Prospect PO Box 4297 Carol Stream, IL 60197 | X | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | | | | |
| Vincentzo L. Arnaud 2291 S. Lexington Drive Mount Prospect, IL 60056 | X | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2013 Contributions not made under Union collective bargaining agreements and related contracts. | | | | |
| Virgilio Martinez 455 N. Worth Ave. Elgin, IL 60120 | X | - | | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __61__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

679.25

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xx1367  Walgreens Respiratory Services 16673 Collections Center Dr. Chicago, IL 60693 | | J | | Medical Bill | | | | 600.00 |
| Account No. Chicago Construction Spec  Walsh Construction 929 W. Adams Chicago, IL 60607 | X | - | | 2013 or earlier Potential claim arising from subcontract. | X | X | X | Unknown |
| Account No. xxxxxxxxx - xx8407  Warehouse Direct 2001 S. Mount Prospect Road Carol Stream, IL 60197 | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 5,428.54 |
| Account No. Chicago Construction Spec. Inc  Warehouse Direct 2001 S. Mount Prospect Road Carol Stream, IL 60197 | X | H | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 580.98 |
| Account No. Impression  Warehouse Direct 2001 S. Mount Prospect Road Carol Stream, IL 60197 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 1,403.92 |

Sheet no. __62__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            8,013.44

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,                                            Case No. _____
        Edith Alcala
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxx782-0 | | | | Charges incurred within year of filing or longer. Charges for business use. | | | | |
| Warehouse Direct 2001 S. Mount Prospect Road Carol Stream, IL 60197 | X | - | | | X | X | X | Unknown |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Disposal services. | | | | |
| Waste Management PO Box 4648 Carol Stream, IL 60197 | X | - | | | X | X | X | 1,145.42 |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Disposal services. | | | | |
| Waste Management PO Box 4648 Carol Stream, IL 60197 | X | - | | | X | X | X | 1,145.42 |
| Account No. Impression/Chi Con | | | | Charges incurred within year of filing or longer. Legal Services.  May yet hold a trust account, funded with corporate assets, to secure fees due. | | | | |
| Wessels Sherman Joerg Liszka Laverty Seneczko, PC 20 N. Clark St., Ste 1250 Chicago, IL 60602 | X | - | | | X | X | X | 7,578.32 |
| Account No. Protectco | | | | | | | | |
| West Bend Mutual Insurance 8401 Greenway Blvd Ste 1100 Middleton, WI 53562 | X | J | | | X | X | X | 500.00 |

Sheet no. _63_ of _65_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,369.16

B6F (Official Form 6F) (12/07) - Cont.

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxx-xxxxxctco | | | | | | | | |
| West Coast Life Insurance PO Box 12687 Birmingham, AL 35202 | X | J | | | X | X | X | 504.83 |
| Account No. Protectco | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| Western Lighting 2349 N. 17th Avenue Franklin Park, IL 60131 | X | J | | | X | X | X | 456.00 |
| Account No. Chicago Construction Spec. Inc | | | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | | | | |
| White Cap Construction Supply 1000 Elmhurst Road Elk Grove Village, IL 60007 | X | H | | | X | X | X | 3,979.45 |
| Account No. xxxxxxx1935 | | | | Charges incurred within year of filing or longer. Construction Supplies. | | | | |
| White Cap Construction Supply 1000 Elmhurst Road Elk Grove Village, IL 60007 | X | - | | | X | X | X | 2,535.65 |
| Account No. xxxx-xxxxxctco | | | | | | | | |
| White Cap Construction Supply 501 W. Church St. Orlando, FL 32805 | X | J | | | X | X | X | 4,072.10 |

Sheet no. __64__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                11,548.03

B6F (Official Form 6F) (12/07) - Cont.

In re  Armando L Alcala,            Case No. _____
       Edith Alcala

                                              ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Protectco<br><br>Wholesale Fire Equipment | X | J | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 5,795.00 |
| Account No. Impression<br><br>ZEP<br>13237 Collections Center<br>Chicago, IL 60693 | X | W | | Charges incurred within year of filing or longer. Corporate Debt; disputed personal liability only. | X | X | X | 889.05 |
| Account No.<br><br>Zuidany Cortez<br>2521 S. 11th Ave<br>Broadview, IL 60155 | X | - | | Charges incurred within year of filing or longer. Employee of Impression Cleaning Service, Inc. Alleged and potential member of class action asserted in Nunoz v. Impression et al., 12 CH 38763, pending in Circuit Court of Cook County seeking payment, by Debtor of wages and benefits. | X | X | X | 0.00 |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

Sheet no. __65__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 6,684.05 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,125,532.64 |

B6G (Official Form 6G) (12/07)

In re    Armando L Alcala,                                                      Case No. _____
         Edith Alcala

_____,
                                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      Armando L Alcala,                                                      Case No. _____
           Edith Alcala
                                                                    ,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Armando Alcala<br>2225 Seaver Lane<br>Schaumburg, IL 60194 | JP Morgan Chase Bank, N.A.<br>OH2-5170<br>50 S. Main St., 9th Floor<br>Akron, OH 44308 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American National Skyline<br>PO Box 4543<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bottle Free Water<br>355 E. Geneva Road<br># 363<br>Carol Stream, IL 60188 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Occupational Training & Supply<br>7233 Adams Street<br>Willowbrook, IL 60527 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secura Insurance Co.<br>PO Box 819<br>Appleton, WI 54912 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |

  71
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                            Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JP Morgan Chase Bank, N.A.<br>OH2-5170<br>50 S. Main St., 9th Floor<br>Akron, OH 44308 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gustavo Cobarrubias<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Venancio Organista<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Perez<br>IL |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Meranda Rivera<br>IL |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alvaro Huizar<br>IL |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund<br>11465 Cermak Road, Suite 1415<br>Westchester, IL 60154 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anita Coronel<br>1101 Arlington Court<br>Hanover Park, IL 60133 |

Sheet   1   of   71   continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                                    Case No. _____
           Edith Alcala
_____,
                                       Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lilliana P. Aguilar<br>65 Andover Drive<br>Roselle, IL 60172 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mark A. Potter<br>33255 N. Valley View Drive<br>Grayslake, IL 60030 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Michael E. O'Hare<br>1400 Holland Place<br>Downers Grove, IL 60515 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ruth A. Kronvold<br>85 Pleasant Street<br>Hoffman Estates, IL 60169 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adalberto Hulzar<br>197 Water Ford Drive<br>Round Lake, IL 60073 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Ramierez<br>408 Oak St.<br>Des Plaines, IL 60016 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Miranda<br>710 N. 4th<br>Maywood, IL 60153 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Catarino Huizar<br>428 Center Lane<br>Round Lake, IL 60073 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Central Laborers' Pension, Welfare<br>& Annuity Funds<br>PO Box 1267<br>Jacksonville, IL 62651 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Diaz<br>1080 S. Judson Street<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Derek Smith<br>2621 Arbor Drive<br>McHenry, IL 60050 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guadalupe Mondragon<br>1121 Birch Drive, Apt. 6<br>Elgin, IL 60120 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | James Hilgers<br>1004 N. Plum Grove, Apt. 116<br>Schaumburg, IL 60173 |

Sheet __2__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
          Edith Alcala

                                             ,
                                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeffry Combs<br>11216 264th Ave.<br>Trevor, WI 53179 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Tamayo<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Justino Diego<br>1080 Judson Street, Apt. 1<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund, et al.<br>11465 Cermak Road<br>Westchester, IL 60154 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lorenzo Cervantes<br>2651 Debbie Court<br>Joliet, IL 60435 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Bueno<br>126 6th Ave.<br>Bartlett, IL 60103 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Matthew Hagen<br>144 Laurie Lane<br>Oswego, IL 60543 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Osmin Mendiluse<br>5340 W. 24th Place<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Rafael Cervantes<br>3758 W. 55th Street, Apt. 2<br>Chicago, IL 60632 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ramon Magallanes<br>435 Raymond Street<br>Elgin, IL 60120 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reynaldo Silva<br>473 S. Cleveland Ave.<br>Bourbonnais, IL 60914 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ryan McKenna<br>11805 Coquille Drive<br>Frankfort, IL 60423 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sergio Mata<br>1701 W. Magnolia Lane<br>Mount Prospect, IL 60056 |

Sheet  __3__  of  __71__  continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____

         Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Virgilio Martinez<br>455 N. Worth Ave.<br>Elgin, IL 60120 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ACS<br>3330 University Avenue<br>Suite 200<br>Madison, WI 53705-2167 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ADP<br>PO Box 9001006<br>Louisville, KY 40290 |

Sheet __4__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                              Case No. _____
         Edith Alcala

_____,
                                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adrian Garcia<br>648 Green Street #316<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adriana Coronel<br>6361 W. Addison, Apt. G<br>Chicago, IL 60634 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Advance Auto Parts<br>PO Box 5219<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Affordable Roofing, Inc.<br>1500 Dearborn Avenue<br>Aurora, IL 60505 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alberto Flores<br>930 Irving Park Road, Apt. 2B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Castillo<br>1507 E. Rosita Drive<br>Palatine, IL 60074 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alex Romero Sierra<br>3650 W. Altgeld<br>Chicago, IL 60647 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alfonzo Terriquez<br>5040 W. 31st Street<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #710<br>PO Box 9000154<br>Louisville, KY 40290 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #721<br>PO Box 9000154<br>Louisville, KY 40290 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ally Finance<br>PO Box 380903<br>Minneapolis, MN 55438-0903 |

Sheet   5   of   71   continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala

_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alonzo Morales<br>1076 Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Amerex<br>7595 Gadsden Highway<br>Trussville, AL 35173 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ana B. Medina<br>643 N. Iowa Ave<br>Villa Park, IL 60181 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anderson Pest Solutions<br>PO Box 600670<br>Trussville, AL 35173 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angelica Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arber Qendro<br>4133 N. Mamora Ave<br>Chicago, IL 60634 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ARC Disposal & Recycling<br>2101 S. Busse Road<br>Mount Prospect, IL 60056 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Armando Alcala<br>2225 Seaver Lane<br>Hoffman Estates, IL 60169 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arturo Herrera<br>7500 Elmhurst Road L Q<br>Des Plaines, IL 60018 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First AID Inc.<br>5250 Grand Avenue<br>Gurnee, IL 60031 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First Aid, Inc.<br>5250 Grand Avenue<br>Suite 14 #327<br>Gurnee, IL 60031 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | AXA Equitable<br>PO Box 1047<br>Charlotte, NC 28201 |

Sheet __6__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala
                                                          ,
                            Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Balerio Santos Perez<br>1072 W. Irving Park Rd., Apt. 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Beatriz Ornelas<br>409 Catalpa Ave.<br>Wood Dale, IL 60191 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ben Hae Choi<br>841 N. York Road #314<br>Elmhurst, IL 60126 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berglund Construction Co<br>8410 S. Chicago Avenue<br>Chicago, IL 60617 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bill Jacobs Joliet LLC<br>2001 W. Jefferson<br>Joliet, IL 60435 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Brooks Equipment<br>PO Box 60594<br>Charlotte, NC 28260 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Buckeye Fire Equipment<br>PO Box 428<br>Kings Mountain, NC 28086 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |

Sheet __7__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala
                                                        ,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Christian Villegas<br>1018 N. 22nd Ave<br>Melrose Park, IL 60160 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cimco<br>16333 Collections Center Drive<br>Chicago, IL 60693 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cintas<br>1025 National Parkway<br>Chicago, IL 60693 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Chicago Dept. of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Rolling Meadows<br>Photo Enforcement-Traffic Violation<br>3600 Kirchoff Road<br>Rolling Meadows, IL 60008 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of West Chicago<br>75 Remittance Drive<br>Suite 8658<br>Chicago, IL 60675 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland North<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |

Sheet __8__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                            Case No. _____

         Edith Alcala

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Commercial Services, Inc.<br>2465 St. Johns Bluff Rd. S<br>Jacksonville, FL 32246 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Construction & General Laborers'<br>District Council of Chicago<br>999 McClintock Drive, Ste. 300<br>Willowbrook, IL 60527 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Contractors Adjustment Co.<br>Accounts Receivable<br>750 Lake Cook Rd, Ste. 410<br>Buffalo Grove, IL 60089 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cosmopolitan Service Corp<br>1606 Colonial Parkway<br>Palatine, IL 60067 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Crown Services, Inc.<br>5531 W. Cermak Road<br>Suite A<br>Lake Forest, IL 60045 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cynthia Ornelas<br>682 Zachary Drive<br>Romeoville, IL 60446 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Garcia<br>1627 S. Ruble<br>Chicago, IL 60616 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Trevino<br>6413 26th St.<br>Berwyn, IL 60402 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | De Lage Landen Fin Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Dean Landscaping<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Delfina La Cruz<br>229 E. Pine Ave<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Diego Demetrio<br>24 S. Addison St.<br>Bensenville, IL 60106 |

Sheet __9__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                    Case No. _____

          Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Donato Vaccaro<br>3041 Lincoln St.<br>Franklin Park, IL 60131 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Door Systems<br>751 Expressway Drive<br>Itasca, IL 60143 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Edgar Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Efren Alvarado<br>222 N. Cornell Ave.<br>Villa Park, IL 60181 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Eliverio Carrera<br>415 Barron Street<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elizabeth Silva<br>1064 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmer Garcia<br>1072 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial Hospital<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Endrit Cela<br>4515 N. Narragansett<br>Chicago, IL 60630 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Enrique Del Carmen<br>168 Martha Street<br>Bensenville, IL 60106 |

Sheet \_\_10\_\_ of \_\_71\_\_ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                 Case No. _____

        Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Epifanio Soria<br>3120 Monroe Street<br>Bellwood, IL 60104 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | FedEx Corporation<br>US Collections Department<br>PO Box 94515<br>Palatine, IL 60094-4515 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fire Equipment Company<br>PO Box 2308<br>80 West Lake Street<br>Northlake, IL 60164 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fleetmatics<br>70 Walnut Street<br>Wellesley Hills, MA 02481 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Flood Brothers<br>PO Box 4560<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gabriela Nunez<br>130 W. Wrightwood Avenue<br>Glendale Heights, IL 60139 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallant Construction Co., Inc.<br>345 Memorial Drive, Suite B<br>Crystal Lake, IL 60014 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Genoveva Cruz<br>1066 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gerardo Gonzalez<br>233 S. Marlon St.<br>Bensenville, IL 60106 |

Sheet ___11___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                  Case No. _____
           Edith Alcala

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gladis Garcia<br>1066 Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Godofredo Balderrama<br>108 Eastview Ave, Apt GC<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guillermina Rodriguez<br>27 King Arthur Court Apt. 20B<br>Northlake, IL 60164 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HACIA<br>901 W. Jackson Blvd.<br>Suite 205<br>Chicago, IL 60607 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hitachi Capital America Corp.<br>800 Connecticutt Avenue<br>Norwalk, CT 06854 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -7160<br>PO Box 183175<br>Columbus, OH 43218 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -8428<br>PO Box 183175<br>Columbus, OH 43218 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HSBC Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hugo Alverado<br>3871 Ivanhoe<br>Schiller Park, IL 60176 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Humberto Iribarren<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ICW Group<br>11455 El Camino Real<br>San Diego, CA 92130 |

Sheet __12__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                          Case No. _____
          Edith Alcala
_____,
                              Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Image Systems & Bus. Solutions<br>1776 Commerce Drive<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Innovatech<br>832 80th Street SW<br>Everett, WA 98203 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Benitez<br>1001 Ferrari Drive, Apt 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Teran<br>1001 Ferrari Drive # 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isaias Martinez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JC Anderson, Inc.<br>834 N. Church Road<br>Elmhurst, IL 60126 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jesus Vega<br>3611 1/2 S. Lombard Ave.<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jorge Velazquez<br>111 Mason Street<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeyner Leyva<br>1008 Argyle St., Apt 12A<br>Bensenville, IL 60106 |

Sheet ___13___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                              ,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joel Infante<br>1550 N. 40th St.<br>Stone Park, IL 60165 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | John J. Saenz<br>26 King Arthur Court, Apt. 14<br>Melrose Park, IL 60160 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Celleri<br>2638 Scott Street<br>Des Plaines, IL 60018 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose D. Fejerang, Jr.<br>5037 N. Mango<br>Chicago, IL 60630 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose L. Troncoso<br>1530 23th Ave., Apt. 2nd Floor<br>Melrose Park, IL 60160 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Mendoza<br>1020 W. Hillside Drive<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Rodriguez<br>2150 W. Devon<br>Chicago, IL 60659 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Vega<br>3611 1/2 S. Lombard<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joseph M. Wiedemann & Sons<br>505 E. Golf Road<br>Arlington Heights, IL 60005 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Juan Davish<br>1218 S. 51st Ave.<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Julio Rosales<br>1076 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kelley Kelley & Kelley<br>1535 W. Schaumburg Road<br>Schaumburg, IL 60194 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Knight Enterprises<br>128 W. Lake Street<br>Northlake, IL 60164 |

Sheet __14__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                                ,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>21146 Network Place<br>Chicago, IL 60673 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>Dept CH 19188<br>Palatine, IL 60055-9188 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Supplies<br>21146 Network Place<br>Chicago, IL 60673 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Len's Ace Hardware<br>30 W. Lake Street<br>Addison, IL 60101 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Leopardo Companies, Inc.<br>333 W. Wacker Drive, Ste 250<br>Chicago, IL 60606 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lexus Financial Servic<br>PO Box 4102<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Litgen Concrete Cutting<br>1020 Nerge Road<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Loft<br>PO Box 659705<br>San Antonio, TX 78265 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Luis F. Amorocho<br>359 W. Carriage Lane<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macgyver Perez<br>950 W. Irving Park Rd.<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mackey Building Corporation<br>1691 Imperial Court<br>Mount Prospect, IL 60056 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macy's<br>c/o Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 |

Sheet  15  of  71  continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala
                                                                    ,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marcelino Andrade<br>216 Rose<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marco Garcia<br>635 N. Meadows<br>Addison, IL 60101 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Diaz<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria E. Munoz<br>1218 S. 51st Ave<br>Cicero, IL 60804 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Fernandez<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Garcia<br>162 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin A. Arnaud<br>733 Dulles Road, 3rd Fl. E<br>Des Plaines, IL 60016 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Leasing Co.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Velazquez<br>1101 Arlington<br>Hanover Park, IL 60133 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marto Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marvin Cano<br>1009 Medina St.<br>Bensenville, IL 60106 |

Sheet __16__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                          Case No. _____
          Edith Alcala

_____ ,
                            Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maxsafe Antifreeze<br>298 Beinoris Drive<br>Wood Dale, IL 60191 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mayra Nunez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milton E. Fonseca<br>6015 W Warwick<br>Chicago, IL 60634 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Monica Esquivel<br>1060 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Most Valuable Personnel<br>4734 Solution Center<br>Chicago, IL 60677 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New China Restaurant<br>308 Northwest Highway<br>Fox River Grove, IL 60021 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New Harrison Hotel<br>601 S. Wabash<br>Chicago, IL 60601 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | NICOR<br>P.O. Box 2020<br>Aurora, IL 60507 |

Sheet __17__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                      Case No. _____

          Edith Alcala

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Nitech Fire & Security Industries<br>109 Fairfield Way<br>Suite 305<br>Bloomingdale, IL 60108 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Octavio Diego Benitez<br>1120 Judson St., Apt. 2A<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Office of the State Fire Marshall<br>Div. of Fire Prevention<br>PO Box 6171<br>Springfield, IL 62703 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Oscar F. Rangel<br>IL |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Otilia Mena<br>1430 S. Clarence Ave.<br>Berwyn, IL 60402 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Cano Herrera<br>1072 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Mazariegos<br>1008 Argyle Street, #12A<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Phillips Electric<br>110 N. Williams<br>PO Box 105<br>Thornton, IL 60476 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pomp's Tire Services, Inc.<br>PO Box 1630<br>Green Bay, WI 54305 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Premier Pain Specialists<br>2447 Mementum Place<br>Chicago, IL 60689 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Professional Inspection Services<br>151 S. Elmwood Avenue<br>Palatine, IL 60074 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |

Sheet __18__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Randall Industries<br>741 S. Rte. 83<br>Elmhurst, IL 60126 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reed Construction<br>600 W. Jackson Blvd.<br>Suite 500<br>Chicago, IL 60661 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Regal Business Machines<br>1140 W. Washington Blvd.<br>Chicago, IL 60607 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Navarro<br>1407 S. 48th Ct.<br>Cicero, IL 60804 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Texta<br>537 S. Adeline Ave<br>Addison, IL 60101 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>6260 Joliet Road<br>La Grange, IL 60525 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Swedish Covenant Hospital<br>5145 N. California Avenue<br>Chicago, IL 60625 |

Sheet __19__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                        Case No. _____
          Edith Alcala

_____,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | TD Auto Finance<br>PO Box 9001921<br>Louisville, KY 40290 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teofilio Coronel<br>1101 Arlington Ct.<br>Hanover Park, IL 60133 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | The Great Indoors<br>TGI Mastercard<br>PO Box 183082<br>Columbus, OH 43218 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tribute Interactive<br>14891 Collections Center Drive<br>Chicago, IL 60693 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Turner Construction<br>55 E. Monroe Street<br>Suite 3100<br>Chicago, IL 60603 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tyco Fire Suppression & Bldg Prod<br>Dept. CH-10513<br>Palatine, IL 60055 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | United States Fire Prot/Alliance<br>28427 N. Ballard Drive<br>Unit H<br>Lake Forest, IL 60045 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bank<br>P.O. Box 9487<br>Minneapolis, MN 55440-9487 |

Sheet __20__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                                    Case No. _____
           Edith Alcala
_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bankcorp Equip. Finance<br>PO Box 790448<br>Saint Louis, MO 63179 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Dept. of Homeland Security<br>One Tower Lane, Ste 1600<br>Villa Park, IL 60181 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | UST<br>PO Box 970<br>La Verne, CA 91750 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vicente Benitez<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vincentzo L. Arnaud<br>2291 S. Lexington Drive<br>Mount Prospect, IL 60056 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Walsh Construction<br>929 W. Adams<br>Chicago, IL 60607 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |

Sheet __21__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                                    Case No. _____
           Edith Alcala

_____,
                                  Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wessels Sherman Joerg Liszka<br>Laverty Seneczko, PC<br>20 N. Clark St., Ste 1250<br>Chicago, IL 60602 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Western Lighting<br>2349 N. 17th Avenue<br>Franklin Park, IL 60131 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wholesale Fire Equipment |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ZEP<br>13237 Collections Center<br>Chicago, IL 60693 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Zuidany Cortez<br>2521 S. 11th Ave<br>Broadview, IL 60155 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secretary of State of Illinois<br>351 Howlett Building<br>Springfield, IL 62576 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berwyn Police Department<br>6401 W. 31st Street<br>Berwyn, IL 60402 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218 |
| Chicago Construction Specialities<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Construction Data Company<br>PO Box 981097<br>Boston, MA 02298 |

Sheet __22__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                           Case No. _____

          Edith Alcala
_____,
                                  Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | The Blue Book<br>PO Box 500<br>Jefferson Valley, NY 10535 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Finance<br>2 Country View Rd. Ste 300<br>Malvern, PA 19355 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | GMAC<br>Payment Processing Center<br>P.O. Box 51014<br>Carol Stream, IL 60125-1014 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | COTG<br>4 Territorial Court<br>Bolingbrook, IL 60440 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Chicago Construction Specialties<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Chicago- Dept. of Finance<br>PO Box 6330<br>Chicago, IL 60680 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ARC Disposal & Recycling<br>2101 S. Busse Road<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of West Chicago<br>75 Remittance Drive<br>Suite 8658<br>Chicago, IL 60675 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Contractors Adjustment Co.<br>Accounts Receivable<br>750 Lake Cook Rd, Ste. 410<br>Buffalo Grove, IL 60089 |

Sheet   __23__   of   __71__   continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                        Case No. _____
        Edith Alcala

                                          Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Dean Landscaping<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial Hospital<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | FedEx Corporation<br>US Collections Department<br>PO Box 94515<br>Palatine, IL 60094-4515 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>Dept CH 19188<br>Palatine, IL 60055-9188 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lexus Financial Servic<br>PO Box 4102<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Most Valuable Personnel<br>4734 Solution Center<br>Chicago, IL 60677 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 5181<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>6260 Joliet Road<br>La Grange, IL 60525 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |

Sheet   24   of   71   continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                                    Case No. _____

       Edith Alcala
_____,
                           Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ZEP<br>13237 Collections Center<br>Chicago, IL 60693 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -7160<br>PO Box 183175<br>Columbus, OH 43218 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | NICOR<br>P.O. Box 2020<br>Aurora, IL 60507 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gustavo Cobarrubias<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Venancio Organista<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |

Sheet __25__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anita Coronel<br>1101 Arlington Court<br>Hanover Park, IL 60133 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lilliana P. Aguilar<br>65 Andover Drive<br>Roselle, IL 60172 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mark A. Potter<br>33255 N. Valley View Drive<br>Grayslake, IL 60030 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Michael E. O'Hare<br>1400 Holland Place<br>Downers Grove, IL 60515 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ruth A. Kronvold<br>85 Pleasant Street<br>Hoffman Estates, IL 60169 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adalberto Hulzar<br>197 Water Ford Drive<br>Round Lake, IL 60073 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Ramierez<br>408 Oak St.<br>Des Plaines, IL 60016 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Miranda<br>710 N. 4th<br>Maywood, IL 60153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Catarino Huizar<br>428 Center Lane<br>Round Lake, IL 60073 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Central Laborers' Pension, Welfare<br>& Annuity Funds<br>PO Box 1267<br>Jacksonville, IL 62651 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Diaz<br>1080 S. Judson Street<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Derek Smith<br>2621 Arbor Drive<br>McHenry, IL 60050 |

Sheet __26__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                             Case No. _____
         Edith Alcala
_____,
                                Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guadalupe Mondragon<br>1121 Birch Drive, Apt. 6<br>Elgin, IL 60120 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | James Hilgers<br>1004 N. Plum Grove, Apt. 116<br>Schaumburg, IL 60173 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeffry Combs<br>11216 264th Ave.<br>Trevor, WI 53179 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Tamayo<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Justino Diego<br>1080 Judson Street, Apt. 1<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund, et al.<br>11465 Cermak Road<br>Westchester, IL 60154 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lorenzo Cervantes<br>2651 Debbie Court<br>Joliet, IL 60435 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Bueno<br>126 6th Ave.<br>Bartlett, IL 60103 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Matthew Hagen<br>144 Laurie Lane<br>Oswego, IL 60543 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Osmin Mendiluse<br>5340 W. 24th Place<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Rafael Cervantes<br>3758 W. 55th Street, Apt. 2<br>Chicago, IL 60632 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ramon Magallanes<br>435 Raymond Street<br>Elgin, IL 60120 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reynaldo Silva<br>473 S. Cleveland Ave.<br>Bourbonnais, IL 60914 |

Sheet __27__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                              Case No. _____
           Edith Alcala
_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ryan McKenna<br>11805 Coquille Drive<br>Frankfort, IL 60423 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sergio Mata<br>1701 W. Magnolia Lane<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Virgilio Martinez<br>455 N. Worth Ave.<br>Elgin, IL 60120 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ACS<br>3330 University Avenue<br>Suite 200<br>Madison, WI 53705-2167 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ADP<br>PO Box 9001006<br>Louisville, KY 40290 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adrian Garcia<br>648 Green Street #316<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adriana Coronel<br>6361 W. Addison, Apt. G<br>Chicago, IL 60634 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Advance Auto Parts<br>PO Box 5219<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Affordable Roofing, Inc.<br>1500 Dearborn Avenue<br>Aurora, IL 60505 |

Sheet ___28___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                        Case No. _____
         Edith Alcala
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alberto Flores<br>930 Irving Park Road, Apt. 2B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Castillo<br>1507 E. Rosita Drive<br>Palatine, IL 60074 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alex Romero Sierra<br>3650 W. Altgeld<br>Chicago, IL 60647 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alfonzo Terriquez<br>5040 W. 31st Street<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #710<br>PO Box 9000154<br>Louisville, KY 40290 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #721<br>PO Box 9000154<br>Louisville, KY 40290 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ally Finance<br>PO Box 380903<br>Minneapolis, MN 55438-0903 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alonzo Morales<br>1076 Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alvaro Huizar<br>IL |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Amerex<br>7595 Gadsden Highway<br>Trussville, AL 35173 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 |

Sheet ___29___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala

_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American National Skyline<br>PO Box 4543<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ana B. Medina<br>643 N. Iowa Ave<br>Villa Park, IL 60181 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anderson Pest Solutions<br>PO Box 600670<br>Trussville, AL 35173 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Meranda Rivera<br>IL |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angelica Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arber Qendro<br>4133 N. Mamora Ave<br>Chicago, IL 60634 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Armando Alcala<br>2225 Seaver Lane<br>Hoffman Estates, IL 60169 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arturo Herrera<br>7500 Elmhurst Road L Q<br>Des Plaines, IL 60018 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First AID Inc.<br>5250 Grand Avenue<br>Gurnee, IL 60031 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First Aid, Inc.<br>5250 Grand Avenue<br>Suite 14 #327<br>Gurnee, IL 60031 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | AXA Equitable<br>PO Box 1047<br>Charlotte, NC 28201 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Balerio Santos Perez<br>1072 W. Irving Park Rd., Apt. 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Beatriz Ornelas<br>409 Catalpa Ave.<br>Wood Dale, IL 60191 |

Sheet   30   of   71   continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                          Case No. _____
           Edith Alcala
                                                                      ,
                                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ben Hae Choi<br>841 N. York Road #314<br>Elmhurst, IL 60126 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berglund Construction Co<br>8410 S. Chicago Avenue<br>Chicago, IL 60617 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bill Jacobs Joliet LLC<br>2001 W. Jefferson<br>Joliet, IL 60435 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bottle Free Water<br>355 E. Geneva Road<br># 363<br>Carol Stream, IL 60188 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Brooks Equipment<br>PO Box 60594<br>Charlotte, NC 28260 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Buckeye Fire Equipment<br>PO Box 428<br>Kings Mountain, NC 28086 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |

Sheet __31__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                Case No. _____
          Edith Alcala

_____,
                                 Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Christian Villegas<br>1018 N. 22nd Ave<br>Melrose Park, IL 60160 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cimco<br>16333 Collections Center Drive<br>Chicago, IL 60693 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cintas<br>1025 National Parkway<br>Chicago, IL 60693 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Chicago Dept. of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Rolling Meadows<br>Photo Enforcement-Traffic Violation<br>3600 Kirchoff Road<br>Rolling Meadows, IL 60008 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland North<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Commercial Services, Inc.<br>2465 St. Johns Bluff Rd. S<br>Jacksonville, FL 32246 |

Sheet __32__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re  Armando L Alcala,                                    Case No. _____
       Edith Alcala
_____ ,
                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Construction & General Laborers'<br>District Council of Chicago<br>999 McClintock Drive, Ste. 300<br>Willowbrook, IL 60527 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cosmopolitan Service Corp<br>1606 Colonial Parkway<br>Palatine, IL 60067 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Crown Services, Inc.<br>5531 W. Cermak Road<br>Suite A<br>Lake Forest, IL 60045 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cynthia Ornelas<br>682 Zachary Drive<br>Romeoville, IL 60446 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Garcia<br>1627 S. Ruble<br>Chicago, IL 60616 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Trevino<br>6413 26th St.<br>Berwyn, IL 60402 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | De Lage Landen Fin Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Delfina La Cruz<br>229 E. Pine Ave<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Diego Demetrio<br>24 S. Addison St.<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Donato Vaccaro<br>3041 Lincoln St.<br>Franklin Park, IL 60131 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Door Systems<br>751 Expressway Drive<br>Itasca, IL 60143 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Edgar Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |

Sheet __33__ of __71__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re    Armando L Alcala,                                                    Case No. _____
         Edith Alcala

_____,
                        Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Efren Alvarado<br>222 N. Cornell Ave.<br>Villa Park, IL 60181 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Eliverio Carrera<br>415 Barron Street<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elizabeth Silva<br>1064 W. Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmer Garcia<br>1072 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Endrit Cela<br>4515 N. Narragansett<br>Chicago, IL 60630 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Enrique Del Carmen<br>168 Martha Street<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Epifanio Soria<br>3120 Monroe Street<br>Bellwood, IL 60104 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fire Equipment Company<br>PO Box 2308<br>80 West Lake Street<br>Northlake, IL 60164 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fleetmatics<br>70 Walnut Street<br>Wellesley Hills, MA 02481 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Flood Brothers<br>PO Box 4560<br>Carol Stream, IL 60197 |

Sheet __34__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gabriela Nunez<br>130 W. Wrightwood Avenue<br>Glendale Heights, IL 60139 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallant Construction Co., Inc.<br>345 Memorial Drive, Suite B<br>Crystal Lake, IL 60014 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Genoveva Cruz<br>1066 W. Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gerardo Gonzalez<br>233 S. Marlon St.<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gladis Garcia<br>1066 Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Godofredo Balderrama<br>108 Eastview Ave, Apt GC<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guillermina Rodriguez<br>27 King Arthur Court Apt. 20B<br>Northlake, IL 60164 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HACIA<br>901 W. Jackson Blvd.<br>Suite 205<br>Chicago, IL 60607 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hitachi Capital America Corp.<br>800 Connecticutt Avenue<br>Norwalk, CT 06854 |

Sheet __35__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____

       Edith Alcala
_____ ,

                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -8428<br>PO Box 183175<br>Columbus, OH 43218 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HSBC Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hugo Alverado<br>3871 Ivanhoe<br>Schiller Park, IL 60176 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Humberto Iribarren<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ICW Group<br>11455 El Camino Real<br>San Diego, CA 92130 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Image Systems & Bus. Solutions<br>1776 Commerce Drive<br>Elk Grove Village, IL 60007 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Innovatech<br>832 80th Street SW<br>Everett, WA 98203 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Benitez<br>1001 Ferrari Drive, Apt 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Teran<br>1001 Ferrari Drive # 1B<br>Bensenville, IL 60106 |

Sheet __36__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re  Armando L Alcala,                                        Case No. _____

  Edith Alcala
_____,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isaias Martinez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JC Anderson, Inc.<br>834 N. Church Road<br>Elmhurst, IL 60126 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jesus Vega<br>3611 1/2 S. Lombard Ave.<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jorge Velazquez<br>111 Mason Street<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeyner Leyva<br>1008 Argyle St., Apt 12A<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joel Infante<br>1550 N. 40th St.<br>Stone Park, IL 60165 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | John J. Saenz<br>26 King Arthur Court, Apt. 14<br>Melrose Park, IL 60160 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Celleri<br>2638 Scott Street<br>Des Plaines, IL 60018 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose D. Fejerang, Jr.<br>5037 N. Mango<br>Chicago, IL 60630 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose L. Troncoso<br>1530 23th Ave., Apt. 2nd Floor<br>Melrose Park, IL 60160 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Mendoza<br>1020 W. Hillside Drive<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Rodriguez<br>2150 W. Devon<br>Chicago, IL 60659 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Vega<br>3611 1/2 S. Lombard<br>Cicero, IL 60804 |

Sheet __37__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                 Case No. _____

          Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joseph M. Wiedemann & Sons<br>505 E. Golf Road<br>Arlington Heights, IL 60005 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JP Morgan Chase Bank, N.A.<br>OH2-5170<br>50 S. Main St., 9th Floor<br>Akron, OH 44308 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Juan Davish<br>1218 S. 51st Ave.<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Julio Rosales<br>1076 W. Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kelley Kelley & Kelley<br>1535 W. Schaumburg Road<br>Schaumburg, IL 60194 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Knight Enterprises<br>128 W. Lake Street<br>Northlake, IL 60164 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>21146 Network Place<br>Chicago, IL 60673 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Supplies<br>21146 Network Place<br>Chicago, IL 60673 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund<br>11465 Cermak Road, Suite 1415<br>Westchester, IL 60154 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Len's Ace Hardware<br>30 W. Lake Street<br>Addison, IL 60101 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Leopardo Companies, Inc.<br>333 W. Wacker Drive, Ste 250<br>Chicago, IL 60606 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Litgen Concrete Cutting<br>1020 Nerge Road<br>Elk Grove Village, IL 60007 |

Sheet __38__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____ ,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Loft<br>PO Box 659705<br>San Antonio, TX 78265 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Luis F. Amorocho<br>359 W. Carriage Lane<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macgyver Perez<br>950 W. Irving Park Rd.<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mackey Building Corporation<br>1691 Imperial Court<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macy's<br>c/o Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marcelino Andrade<br>216 Rose<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marco Garcia<br>635 N. Meadows<br>Addison, IL 60101 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Diaz<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria E. Munoz<br>1218 S. 51st Ave<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Fernandez<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Garcia<br>162 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Perez<br> IL |

Sheet __39__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                              Case No. _____
       Edith Alcala

_____,
                    Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin A. Arnaud<br>733 Dulles Road, 3rd Fl. E<br>Des Plaines, IL 60016 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Leasing Co.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Velazquez<br>1101 Arlington<br>Hanover Park, IL 60133 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marto Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marvin Cano<br>1009 Medina St.<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maxsafe Antifreeze<br>298 Beinoris Drive<br>Wood Dale, IL 60191 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mayra Nunez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |

Sheet __40__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                              Case No. _____

           Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milton E. Fonseca<br>6015 W Warwick<br>Chicago, IL 60634 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Monica Esquivel<br>1060 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New China Restaurant<br>308 Northwest Highway<br>Fox River Grove, IL 60021 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New Harrison Hotel<br>601 S. Wabash<br>Chicago, IL 60601 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Nitech Fire & Security Industries<br>109 Fairfield Way<br>Suite 305<br>Bloomingdale, IL 60108 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Occupational Training & Supply<br>7233 Adams Street<br>Willowbrook, IL 60527 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Octavio Diego Benitez<br>1120 Judson St., Apt. 2A<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Office of the State Fire Marshall<br>Div. of Fire Prevention<br>PO Box 6171<br>Springfield, IL 62703 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Oscar F. Rangel<br>IL |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Otilia Mena<br>1430 S. Clarence Ave.<br>Berwyn, IL 60402 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Cano Herrera<br>1072 W. Irving Park Road<br>Bensenville, IL 60106 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Mazariegos<br>1008 Argyle Street, #12A<br>Bensenville, IL 60106 |

Sheet __41__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                             Case No. _____

        Edith Alcala

                                        Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Phillips Electric<br>110 N. Williams<br>PO Box 105<br>Thornton, IL 60476 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pomp's Tire Services, Inc.<br>PO Box 1630<br>Green Bay, WI 54305 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Premier Pain Specialists<br>2447 Mementum Place<br>Chicago, IL 60689 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Professional Inspection Services<br>151 S. Elmwood Avenue<br>Palatine, IL 60074 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Randall Industries<br>741 S. Rte. 83<br>Elmhurst, IL 60126 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reed Construction<br>600 W. Jackson Blvd.<br>Suite 500<br>Chicago, IL 60661 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Regal Business Machines<br>1140 W. Washington Blvd.<br>Chicago, IL 60607 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Navarro<br>1407 S. 48th Ct.<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Texta<br>537 S. Adeline Ave<br>Addison, IL 60101 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |

Sheet   __42__   of   __71__   continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                    Case No. _____
          Edith Alcala
_____,
                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secura Insurance Co.<br>PO Box 819<br>Appleton, WI 54912 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Swedish Covenant Hospital<br>5145 N. California Avenue<br>Chicago, IL 60625 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | TD Auto Finance<br>PO Box 9001921<br>Louisville, KY 40290 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teofilio Coronel<br>1101 Arlington Ct.<br>Hanover Park, IL 60133 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | The Great Indoors<br>TGI Mastercard<br>PO Box 183082<br>Columbus, OH 43218 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |

Sheet __43__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                                    Case No. _____
       Edith Alcala

_____,
                                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tribute Interactive<br>14891 Collections Center Drive<br>Chicago, IL 60693 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Turner Construction<br>55 E. Monroe Street<br>Suite 3100<br>Chicago, IL 60603 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tyco Fire Suppression & Bldg Prod<br>Dept. CH-10513<br>Palatine, IL 60055 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | United States Fire Prot/Alliance<br>28427 N. Ballard Drive<br>Unit H<br>Lake Forest, IL 60045 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bank<br>P.O. Box 9487<br>Minneapolis, MN 55440-9487 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bankcorp Equip. Finance<br>PO Box 790448<br>Saint Louis, MO 63179 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Dept. of Homeland Security<br>One Tower Lane, Ste 1600<br>Villa Park, IL 60181 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | UST<br>PO Box 970<br>La Verne, CA 91750 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vicente Benitez<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |

Sheet __44__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____
         Edith Alcala
_____,
                              Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vincentzo L. Arnaud<br>2291 S. Lexington Drive<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Walsh Construction<br>929 W. Adams<br>Chicago, IL 60607 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wessels Sherman Joerg Liszka<br>Laverty Seneczko, PC<br>20 N. Clark St., Ste 1250<br>Chicago, IL 60602 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Western Lighting<br>2349 N. 17th Avenue<br>Franklin Park, IL 60131 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wholesale Fire Equipment |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Zuidany Cortez<br>2521 S. 11th Ave<br>Broadview, IL 60155 |

Sheet ___45___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re   Armando L Alcala,                                                    Case No. _____
        Edith Alcala

_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secura Insurance Co.<br>PO Box 819<br>Appleton, WI 54912 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secretary of State of Illinois<br>351 Howlett Building<br>Springfield, IL 62576 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Town of Cicero<br>4949 West Cermak Road<br>Cicero, IL 60804 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berwyn Police Department<br>6401 W. 31st Street<br>Berwyn, IL 60402 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cimco<br>16333 Collections Center Drive<br>Chicago, IL 60693 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CIT Technology<br>c/o MB & W<br>26000 Cannon Rd.<br>Bedford, OH 44146 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Energy Plus<br>PO Box 38815<br>Philadelphia, PA 19104 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Republic Services<br>2101 S. Busse Rd.<br>Mount Prospect, IL 60056 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lexus Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197-5855 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | COTG<br>4 Territorial Court<br>Bolingbrook, IL 60440 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Photo Enforcement Program<br>75 remittance Dr. Ste. 6658<br>Chicago, IL 60675 |

Sheet __46__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                    Case No. _____

      Edith Alcala
_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Advance Auto Parts<br>PO Box 5219<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Amerex<br>7595 Gadsden Highway<br>Trussville, AL 35173 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anderson Pest Solutions<br>PO Box 600670<br>Trussville, AL 35173 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First AID Inc.<br>5250 Grand Avenue<br>Gurnee, IL 60031 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Brooks Equipment<br>PO Box 60594<br>Charlotte, NC 28260 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Buckeye Fire Equipment<br>PO Box 428<br>Kings Mountain, NC 28086 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cimco<br>16333 Collections Center Drive<br>Chicago, IL 60693 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cintas<br>1025 National Parkway<br>Chicago, IL 60693 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |

Sheet __47__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                        Case No. _____

         Edith Alcala

_____,
                                Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Crown Services, Inc.<br>5531 W. Cermak Road<br>Suite A<br>Lake Forest, IL 60045 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Door Systems<br>751 Expressway Drive<br>Itasca, IL 60143 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fire Equipment Company<br>PO Box 2308<br>80 West Lake Street<br>Northlake, IL 60164 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ICW Group<br>11455 El Camino Real<br>San Diego, CA 92130 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Knight Enterprises<br>128 W. Lake Street<br>Northlake, IL 60164 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>21146 Network Place<br>Chicago, IL 60673 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Supplies<br>21146 Network Place<br>Chicago, IL 60673 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Len's Ace Hardware<br>30 W. Lake Street<br>Addison, IL 60101 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Leasing Co.<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maxsafe Antifreeze<br>298 Beinoris Drive<br>Wood Dale, IL 60191 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |

Sheet __48__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                             Case No. _____

        Edith Alcala

                                              ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Nitech Fire & Security Industries<br>109 Fairfield Way<br>Suite 305<br>Bloomingdale, IL 60108 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Office of the State Fire Marshall<br>Div. of Fire Prevention<br>PO Box 6171<br>Springfield, IL 62703 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Phillips Electric<br>110 N. Williams<br>PO Box 105<br>Thornton, IL 60476 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pomp's Tire Services, Inc.<br>PO Box 1630<br>Green Bay, WI 54305 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Professional Inspection Services<br>151 S. Elmwood Avenue<br>Palatine, IL 60074 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Swedish Covenant Hospital<br>5145 N. California Avenue<br>Chicago, IL 60625 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teletrac<br>Dept LA 23726<br>Pasadena, CA 91185 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tribute Interactive<br>14891 Collections Center Drive<br>Chicago, IL 60693 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tyco Fire Suppression & Bldg Prod<br>Dept. CH-10513<br>Palatine, IL 60055 |

Sheet   49   of   71   continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala

_____,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bankcorp Equip. Finance<br>PO Box 790448<br>Saint Louis, MO 63179 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | United States Fire Prot/Alliance<br>28427 N. Ballard Drive<br>Unit H<br>Lake Forest, IL 60045 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | UST<br>PO Box 970<br>La Verne, CA 91750 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Western Lighting<br>2349 N. 17th Avenue<br>Franklin Park, IL 60131 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wholesale Fire Equipment |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Scottsdale Insurance Agency<br>PO Box 4120<br>Scottsdale, AZ 85261 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Affordable Roofing, Inc.<br>1500 Dearborn Avenue<br>Aurora, IL 60505 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Great America Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 |

Sheet __50__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                  Case No. _____
         Edith Alcala

_____,
                             Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cosmopolitan Service Corp<br>1606 Colonial Parkway<br>Palatine, IL 60067 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New China Restaurant<br>308 Northwest Highway<br>Fox River Grove, IL 60021 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | New Harrison Hotel<br>601 S. Wabash<br>Chicago, IL 60601 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Commercial Services, Inc.<br>2465 St. Johns Bluff Rd. S<br>Jacksonville, FL 32246 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Regal Business Machines<br>1140 W. Washington Blvd.<br>Chicago, IL 60607 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Dept. of Homeland Security<br>One Tower Lane, Ste 1600<br>Villa Park, IL 60181 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Castillo<br>1507 E. Rosita Drive<br>Palatine, IL 60074 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Oscar F. Rangel<br>IL |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Anita Coronel<br>1101 Arlington Court<br>Hanover Park, IL 60133 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lilliana P. Aguilar<br>65 Andover Drive<br>Roselle, IL 60172 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mark A. Potter<br>33255 N. Valley View Drive<br>Grayslake, IL 60030 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Michael E. O'Hare<br>1400 Holland Place<br>Downers Grove, IL 60515 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ruth A. Kronvold<br>85 Pleasant Street<br>Hoffman Estates, IL 60169 |

Sheet   51   of   71   continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                                      Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adalberto Hulzar<br>197 Water Ford Drive<br>Round Lake, IL 60073 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alejandro Ramierez<br>408 Oak St.<br>Des Plaines, IL 60016 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Miranda<br>710 N. 4th<br>Maywood, IL 60153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Catarino Huizar<br>428 Center Lane<br>Round Lake, IL 60073 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Central Laborers' Pension, Welfare<br>& Annuity Funds<br>PO Box 1267<br>Jacksonville, IL 62651 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Diaz<br>1080 S. Judson Street<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Derek Smith<br>2621 Arbor Drive<br>McHenry, IL 60050 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guadalupe Mondragon<br>1121 Birch Drive, Apt. 6<br>Elgin, IL 60120 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | James Hilgers<br>1004 N. Plum Grove, Apt. 116<br>Schaumburg, IL 60173 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeffry Combs<br>11216 264th Ave.<br>Trevor, WI 53179 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Tamayo<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Justino Diego<br>1080 Judson Street, Apt. 1<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund, et al.<br>11465 Cermak Road<br>Westchester, IL 60154 |

Sheet __52__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re   Armando L Alcala,                                        Case No. _____
        Edith Alcala
_____,
                        Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lorenzo Cervantes<br>2651 Debbie Court<br>Joliet, IL 60435 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Bueno<br>126 6th Ave.<br>Bartlett, IL 60103 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Matthew Hagen<br>144 Laurie Lane<br>Oswego, IL 60543 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Osmin Mendiluse<br>5340 W. 24th Place<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Rafael Cervantes<br>3758 W. 55th Street, Apt. 2<br>Chicago, IL 60632 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ramon Magallanes<br>435 Raymond Street<br>Elgin, IL 60120 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reynaldo Silva<br>473 S. Cleveland Ave.<br>Bourbonnais, IL 60914 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ryan McKenna<br>11805 Coquille Drive<br>Frankfort, IL 60423 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sergio Mata<br>1701 W. Magnolia Lane<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Virgilio Martinez<br>455 N. Worth Ave.<br>Elgin, IL 60120 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |

Sheet __53__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                 Case No. _____

          Edith Alcala

_____,
                             Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>101 W. Jefferson Street<br>Springfield, IL 62702 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Department of Treasury<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ACS<br>3330 University Avenue<br>Suite 200<br>Madison, WI 53705-2167 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ADP<br>PO Box 9001006<br>Louisville, KY 40290 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adrian Garcia<br>648 Green Street #316<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Adriana Coronel<br>6361 W. Addison, Apt. G<br>Chicago, IL 60634 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Airgas<br>1601 Nicholas Blvd<br>Elk Grove Village, IL 60007 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alberto Flores<br>930 Irving Park Road, Apt. 2B<br>Bensenville, IL 60106 |

Sheet __54__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re     Armando L Alcala,                                                    Case No. _____

      Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alex Romero Sierra<br>3650 W. Altgeld<br>Chicago, IL 60647 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alfonzo Terriquez<br>5040 W. 31st Street<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #710<br>PO Box 9000154<br>Louisville, KY 40290 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Allied Waste #721<br>PO Box 9000154<br>Louisville, KY 40290 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ally Finance<br>PO Box 380903<br>Minneapolis, MN 55438-0903 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alonzo Morales<br>1076 Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Alvaro Huizar<br>IL |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | American National Skyline<br>PO Box 4543<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ana B. Medina<br>643 N. Iowa Ave<br>Villa Park, IL 60181 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angel Meranda Rivera<br>IL |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Angelica Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arber Qendro<br>4133 N. Mamora Ave<br>Chicago, IL 60634 |

Sheet  55  of  71  continuation sheets attached to the Schedule of Codebtors

In re      Armando L Alcala,                                         Case No. _____
           Edith Alcala
                                                              ,
_____
                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ARC Disposal & Recycling<br>2101 S. Busse Road<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Armando Alcala<br>2225 Seaver Lane<br>Hoffman Estates, IL 60169 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Arturo Herrera<br>7500 Elmhurst Road L Q<br>Des Plaines, IL 60018 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ATL First Aid, Inc.<br>5250 Grand Avenue<br>Suite 14 #327<br>Gurnee, IL 60031 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | AXA Equitable<br>PO Box 1047<br>Charlotte, NC 28201 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Balerio Santos Perez<br>1072 W. Irving Park Rd., Apt. 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Beatriz Ornelas<br>409 Catalpa Ave.<br>Wood Dale, IL 60191 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ben Hae Choi<br>841 N. York Road #314<br>Elmhurst, IL 60126 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berglund Construction Co<br>8410 S. Chicago Avenue<br>Chicago, IL 60617 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bill Jacobs Joliet LLC<br>2001 W. Jefferson<br>Joliet, IL 60435 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Blue Cross & Blue Shield<br>25550 Network Place<br>Chicago, IL 60673 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bottle Free Water<br>355 E. Geneva Road<br># 363<br>Carol Stream, IL 60188 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Capital One Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |

Sheet __56__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re   Armando L Alcala,                                     Case No. _____
        Edith Alcala
                                                        ,
                              Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Chase Bank USA<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Christian Villegas<br>1018 N. 22nd Ave<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Chicago Dept. of Finance<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Rolling Meadows<br>Photo Enforcement-Traffic Violation<br>3600 Kirchoff Road<br>Rolling Meadows, IL 60008 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of West Chicago<br>75 Remittance Drive<br>Suite 8658<br>Chicago, IL 60675 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | CMIT Solutions of Chicagoland North<br>825 S. Waukegan Road<br>A8<br>Lake Forest, IL 60045 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Construction & General Laborers'<br>District Council of Chicago<br>999 McClintock Drive, Ste. 300<br>Willowbrook, IL 60527 |

Sheet __57__ of __71__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re      Armando L Alcala,                                          Case No. _____
           Edith Alcala
_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Contractors Adjustment Co.<br>Accounts Receivable<br>750 Lake Cook Rd, Ste. 410<br>Buffalo Grove, IL 60089 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cynthia Ornelas<br>682 Zachary Drive<br>Romeoville, IL 60446 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Garcia<br>1627 S. Ruble<br>Chicago, IL 60616 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | David Trevino<br>6413 26th St.<br>Berwyn, IL 60402 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | De Lage Landen Fin Serv<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Dean Landscaping<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Delfina La Cruz<br>229 E. Pine Ave<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Diego Demetrio<br>24 S. Addison St.<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Donato Vaccaro<br>3041 Lincoln St.<br>Franklin Park, IL 60131 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Edgar Garcia<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Efren Alvarado<br>222 N. Cornell Ave.<br>Villa Park, IL 60181 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Eliverio Carrera<br>415 Barron Street<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elizabeth Silva<br>1064 W. Irving Park Road<br>Bensenville, IL 60106 |

Sheet ___58___ of ___71___ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
                                                            ,
                                  Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmer Garcia<br>1072 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial Hospital<br>10 Elmhurst Road<br>Prospect Heights, IL 60070 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Elmhurst Memorial OCC Health Serv<br>230 East Irving Park Road<br>Wood Dale, IL 60191 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Endrit Cela<br>4515 N. Narragansett<br>Chicago, IL 60630 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Enrique Del Carmen<br>168 Martha Street<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Epifanio Soria<br>3120 Monroe Street<br>Bellwood, IL 60104 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | FedEx Corporation<br>US Collections Department<br>PO Box 94515<br>Palatine, IL 60094-4515 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Fleetmatics<br>70 Walnut Street<br>Wellesley Hills, MA 02481 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Flood Brothers<br>PO Box 4560<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gabriela Nunez<br>130 W. Wrightwood Avenue<br>Glendale Heights, IL 60139 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |

Sheet  __59__  of  __71__  continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                           Case No. _____
         Edith Alcala
_____,
                                    Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallagher Lieb Moroni & Associates<br>200 W. Higgins Road<br>Suite 326<br>Schaumburg, IL 60195 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gallant Construction Co., Inc.<br>345 Memorial Drive, Suite B<br>Crystal Lake, IL 60014 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Genoveva Cruz<br>1066 W. Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gerardo Gonzalez<br>233 S. Marlon St.<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gladis Garcia<br>1066 Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Godofredo Balderrama<br>108 Eastview Ave, Apt GC<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Guillermina Rodriguez<br>27 King Arthur Court Apt. 20B<br>Northlake, IL 60164 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Gustavo Cobarrubias<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HACIA<br>901 W. Jackson Blvd.<br>Suite 205<br>Chicago, IL 60607 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hitachi Capital America Corp.<br>800 Connecticutt Avenue<br>Norwalk, CT 06854 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -7160<br>PO Box 183175<br>Columbus, OH 43218 |

Sheet __60__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                             Case No. _____
        Edith Alcala

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Home Depot Credit Services<br>Dept -8428<br>PO Box 183175<br>Columbus, OH 43218 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | HSBC Retail Services<br>PO Box 71106<br>Charlotte, NC 28272-1106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Hugo Alverado<br>3871 Ivanhoe<br>Schiller Park, IL 60176 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Humberto Iribarren<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Image Systems & Bus. Solutions<br>1776 Commerce Drive<br>Elk Grove Village, IL 60007 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Impression Cleaning Service, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Independent Recycling Services<br>2401 S. Laflin Street<br>Chicago, IL 60608 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Innovatech<br>832 80th Street SW<br>Everett, WA 98203 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Benitez<br>1001 Ferrari Drive, Apt 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isabel Teran<br>1001 Ferrari Drive # 1B<br>Bensenville, IL 60106 |

Sheet __61__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re   Armando L Alcala,                                          Case No. _____
        Edith Alcala
_____ ,
                                    Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Isaias Martinez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JC Anderson, Inc.<br>834 N. Church Road<br>Elmhurst, IL 60126 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jesus Vega<br>3611 1/2 S. Lombard Ave.<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jorge Velazquez<br>111 Mason Street<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jeyner Leyva<br>1008 Argyle St., Apt 12A<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joel Infante<br>1550 N. 40th St.<br>Stone Park, IL 60165 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | John J. Saenz<br>26 King Arthur Court, Apt. 14<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Celleri<br>2638 Scott Street<br>Des Plaines, IL 60018 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose D. Fejerang, Jr.<br>5037 N. Mango<br>Chicago, IL 60630 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose L. Troncoso<br>1530 23th Ave., Apt. 2nd Floor<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Mendoza<br>1020 W. Hillside Drive<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Rodriguez<br>2150 W. Devon<br>Chicago, IL 60659 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Jose Vega<br>3611 1/2 S. Lombard<br>Cicero, IL 60804 |

Sheet __62__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Joseph M. Wiedemann & Sons<br>505 E. Golf Road<br>Arlington Heights, IL 60005 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | JP Morgan Chase Bank, N.A.<br>OH2-5170<br>50 S. Main St., 9th Floor<br>Akron, OH 44308 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Juan Davish<br>1218 S. 51st Ave.<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Julio Rosales<br>1076 W. Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kelley Kelley & Kelley<br>1535 W. Schaumburg Road<br>Schaumburg, IL 60194 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Konica Minolta - Lease<br>Dept CH 19188<br>Palatine, IL 60055-9188 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Laborers' Pension  Fund<br>11465 Cermak Road, Suite 1415<br>Westchester, IL 60154 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Leopardo Companies, Inc.<br>333 W. Wacker Drive, Ste 250<br>Chicago, IL 60606 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Lexus Financial Servic<br>PO Box 4102<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Litgen Concrete Cutting<br>1020 Nerge Road<br>Elk Grove Village, IL 60007 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Loft<br>PO Box 659705<br>San Antonio, TX 78265 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Luis F. Amorocho<br>359 W. Carriage Lane<br>Bensenville, IL 60106 |

Sheet __63__ of __71__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   Armando L Alcala,                                      Case No. _____
        Edith Alcala
_____,
                        Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macgyver Perez<br>950 W. Irving Park Rd.<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mackey Building Corporation<br>1691 Imperial Court<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Macy's<br>c/o Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marcelino Andrade<br>216 Rose<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marco Garcia<br>635 N. Meadows<br>Addison, IL 60101 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Diaz<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria E. Munoz<br>1218 S. 51st Ave<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Fernandez<br>2332 N. Moody Ave.<br>Chicago, IL 60639 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Maria Garcia<br>162 W. Irving Park Road Apt 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mario Perez<br>IL |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101-3604 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin A. Arnaud<br>733 Dulles Road, 3rd Fl. E<br>Des Plaines, IL 60016 |

Sheet __64__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                      Case No. _____
         Edith Alcala
_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Martin Velazquez<br>1101 Arlington<br>Hanover Park, IL 60133 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marto Lopez<br>1062 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Marvin Cano<br>1009 Medina St.<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Mayra Nunez<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Midwest Insurance Agency<br>975 W. Hawthorn Drive<br>Itasca, IL 60143 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milestone Equipment & Supplies, LLC<br>224 David Drive<br>Streamwood, IL 60107 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Milton E. Fonseca<br>6015 W Warwick<br>Chicago, IL 60634 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Monica Esquivel<br>1060 W. Irving Park Road, Apt. 1B<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Most Valuable Personnel<br>4734 Solution Center<br>Chicago, IL 60677 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | NICOR<br>P.O. Box 2020<br>Aurora, IL 60507 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Occupational Training & Supply<br>7233 Adams Street<br>Willowbrook, IL 60527 |

Sheet __65__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                          Case No. _____
         Edith Alcala
_____,
                          Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Octavio Diego Benitez<br>1120 Judson St., Apt. 2A<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Otilia Mena<br>1430 S. Clarence Ave.<br>Berwyn, IL 60402 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Cano Herrera<br>1072 W. Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pedro Mazariegos<br>1008 Argyle Street, #12A<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Premier Pain Specialists<br>2447 Mementum Place<br>Chicago, IL 60689 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Randall Industries<br>741 S. Rte. 83<br>Elmhurst, IL 60126 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Reed Construction<br>600 W. Jackson Blvd.<br>Suite 500<br>Chicago, IL 60661 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Navarro<br>1407 S. 48th Ct.<br>Cicero, IL 60804 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ricardo Texta<br>537 S. Adeline Ave<br>Addison, IL 60101 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secura Insurance Co.<br>PO Box 819<br>Appleton, WI 54912 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sprint<br>PO Box 4181<br>Carol Stream, IL 60197 |

Sheet __66__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re   Armando L Alcala,                                          Case No. _____
        Edith Alcala
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>6260 Joliet Road<br>La Grange, IL 60525 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Susquehanna Commercial Fin<br>2 Country View Road, Ste. 300<br>Malvern, PA 19355 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | TD Auto Finance<br>PO Box 9001921<br>Louisville, KY 40290 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Teofilio Coronel<br>1101 Arlington Ct.<br>Hanover Park, IL 60133 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | The Great Indoors<br>TGI Mastercard<br>PO Box 183082<br>Columbus, OH 43218 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Tomatow<br>1322 W. Irving Park Road<br>Bensenville, IL 60106 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Turner Construction<br>55 E. Monroe Street<br>Suite 3100<br>Chicago, IL 60603 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | US Bank<br>P.O. Box 9487<br>Minneapolis, MN 55440-9487 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Venancio Organista<br>c/o Workers' Law Office PC<br>401 S. LaSalle, Ste. 1400<br>Chicago, IL 60605 |

Sheet  67  of  71  continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                         Case No. _____

        Edith Alcala

_____,
                           Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vicente Benitez<br>1407 N. Broadway<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Victoria's Secret<br>PO Box 659728<br>San Antonio, TX 78265 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Mount Prospect<br>PO Box 4297<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Vincentzo L. Arnaud<br>2291 S. Lexington Drive<br>Mount Prospect, IL 60056 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Walsh Construction<br>929 W. Adams<br>Chicago, IL 60607 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Warehouse Direct<br>2001 S. Mount Prospect Road<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Wessels Sherman Joerg Liszka<br>Laverty Seneczko, PC<br>20 N. Clark St., Ste 1250<br>Chicago, IL 60602 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>1000 Elmhurst Road<br>Elk Grove Village, IL 60007 |

Sheet __68__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                      Case No. _____
         Edith Alcala
_____,
                                        Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | ZEP<br>13237 Collections Center<br>Chicago, IL 60693 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Zuidany Cortez<br>2521 S. 11th Ave<br>Broadview, IL 60155 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Liberty Mutual Agency Markets<br>c/o Wilber Lane Law Firm<br>PO BOX 2155<br>Bloomington, IL 61702 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | West Coast Life Insurance<br>PO Box 12687<br>Birmingham, AL 35202 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Secretary of State of Illinois<br>351 Howlett Building<br>Springfield, IL 62576 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | City of Chicago- Dept. of Finance<br>PO Box 6330<br>Chicago, IL 60680 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berwyn Police Department<br>6401 W. 31st Street<br>Berwyn, IL 60402 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Berwyn Police Department<br>6401 W. 31st Street<br>Berwyn, IL 60402 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Melrose Park Police Department<br>1 N. Broadway<br>Melrose Park, IL 60160 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Village of Melrose Park<br>PO Box 66032<br>Chicago, IL 60666 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Bank of America Merchant Services<br>PO Box 6600<br>Hagerstown, MD 21741 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005 |

Sheet __69__ of __71__ continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                              Case No. _____

        Edith Alcala

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Flagg Creek Water Reclamation Dist.<br>7001 Grontage Rd.<br>Willowbrook, IL 60527 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Global Payments<br>10705 Red Run Blvd.<br>Owings Mills, MD 21117 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | NFPA<br>PO Box 9689<br>Manchester, NH 03108 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Pacey Electrical & Technologies<br>740 N. Michigan Ave.<br>Villa Park, IL 60181 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Telecheck Services, Inc.<br>PO Box 60028<br>City of Industry, CA 91716 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | White Cap Construction Supply<br>501 W. Church St.<br>Orlando, FL 32805 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | West Bend Mutual Insurance<br>8401 Greenway Blvd Ste 1100<br>Middleton, WI 53562 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | The Hartford<br> N La Salle St #26<br>Chicago, IL 60602 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ford Motor Credit Co.<br>c/o James Bernicky<br>608 S. Washington Ste. 207<br>Naperville, IL 60540 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Us Bank<br>PO Box 5227<br>Cincinnati, OH 45201 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Us Bank<br>PO Box 5227<br>Cincinnati, OH 45201 |

Sheet   70   of   71   continuation sheets attached to the Schedule of Codebtors

In re    Armando L Alcala,                                              Case No. _____
         Edith Alcala
_____,
                          Debtors
## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Ford Motor Credit<br>National Bankruptcy Service Center<br>PO Box 6508<br>Mesa, AZ 85216 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | COTG<br>4 Territorial Court<br>Bolingbrook, IL 60440 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 |
| Protectco, Inc.<br>1697 Imperial Court<br>Mount Prospect, IL 60056 | Internal Revenue Service<br>5100 River Rd.<br>Schiller Park, IL 60176 |

Sheet   71   of   71   continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Armando L Alcala |
| Debtor 2 (Spouse, if filing) | Edith Alcala |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed  ■ Not employed | ■ Employed  ☐ Not employed |
| Occupation | Retired | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,166.66 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 1,166.66 |

Debtor 1  Armando L Alcala

Debtor 2  Edith Alcala                                                     Case number (if known) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ _____ 0.00 | $ _____ 1,166.66 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ 0.00 | $ _____ 89.25 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ _____ 0.00 | $ _____ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ _____ 0.00 | $ _____ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ _____ 0.00 | $ _____ 0.00 |
| 5e. | **Insurance** | 5e. | $ _____ 0.00 | $ _____ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ _____ 0.00 | $ _____ 0.00 |
| 5g. | **Union dues** | 5g. | $ _____ 0.00 | $ _____ 0.00 |
| 5h. | **Other deductions. Specify:** _____ | 5h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ _____ 0.00 | $ _____ 89.25 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ 0.00 | $ _____ 1,077.41 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ 0.00 | $ _____ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ _____ 0.00 | $ _____ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ 0.00 | $ _____ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ _____ 0.00 | $ _____ 0.00 |
| 8e. | **Social Security** | 8e. | $ _____ 1,672.00 | $ _____ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ 0.00 | $ _____ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ _____ 0.00 | $ _____ 0.00 |
| 8h. | **Other monthly income. Specify:** _____ | 8h.+ | $ _____ 0.00 + | $ _____ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ _____ 1,672.00 | $ _____ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,672.00 + $ 1,077.41 = $ 2,749.41 | |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                                      11. +$ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                12. $ _____ 2,749.41

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: [_____]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Armando L Alcala |
| Debtor 2 (Spouse, if filing) | Edith Alcala |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ **Yes. Does Debtor 2 live in a separate household?**

   ■ No

   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,697.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 115.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1   Armando L Alcala

Debtor 2   Edith Alcala                                                   Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 180.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 300.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 340.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 190.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 220.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 430.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 320.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 50.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 500.00 |
| | 15c. | Vehicle insurance | 15c. $ | 107.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I: Your Income*.** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   Vet costs | | 21. +$ | 100.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 4,549.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,749.41 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 4,549.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -1,799.59 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain: _____

**Schedule J: Your Expenses**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Armando L Alcala
         Edith Alcala
_____    Case No. _____
                          Debtor(s)          Chapter     7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___157___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 12, 2014            Signature    /s/ Armando L Alcala
                                               Armando L Alcala
                                               Debtor

Date    March 12, 2014            Signature    /s/ Edith Alcala
                                               Edith Alcala
                                               Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Armando L Alcala
_____
Edith Alcala
_____
                                    Debtor(s)

Case No.
Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-4,137.00 | 2012: Form 1040 indicates a 2012 net loss in the amount shown, based on $131,980 line 7 wages, Sub-S losses passed through of ($131,545) and other reductions from gross income. |
| $141,346.00 | 2011: Form 1040 indicates a 2011 line 37 income in the amount shown, based on $124,060 in line 7 wages and other additions and subtractions, including a $25,000 distribution from an IRA. |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

## 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mayra Nunnez, et al. v. Impression Cleaning Service, Inc., Armando Alcala, Edith Alcala and Chicago Construction Specialties, Inc.,  12 CH 38763 | Alleged violation of IL Minimum Wage Law, IL Wage Payment & Collection Act, IL Prevailing Wage Act & Fair Labor Standards Act | Circuit Court of Cook County, IL, RJ Daley Center, 50 W. Washington, Chicago, IL | Complaint recently amended to add Debtors as individual defendants; Defendants' motion to dismiss is pending. |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Laborers' Pension Fund et al., v. Chicago Construction Specialties, Inc. and Armando Alcala, 13-cv-2463 | Collection Suit | USDC, ED IL, 219 S. Dearborn Street, Chicago, IL 60604 | Judgment entered against defendants on August 1, 2013. |
| Brooks Equiptment v. Protectco Inc. 13-M1-132523 | Collections | Circuit Court of Cook County | Pending |
| Independent Recycling Services, Inc. v. Armando Alcala 13-M1-144693 | Collections | Circuit Court of Cook County | Pending |
| Susquehanna Commercial Finance, Inc. Alcala et. al. 13-08454 | Collections | Circuit Court of Lancaster County | Pending |
| JP Morgan Chase Bank v. Armando Alcala 13ch17150 | Foreclosure | Circuit Court | Pending |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Church of the Holy Spirit 1451 W. Bode Road Schaumburg, IL 60194 | none | 2012 | $100.00 |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen & Krol 105 West Madison Street Suite 1100 Chicago, IL 60602 | | $4393 |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Chicago Construction Specialties, Inc. | -9411 | 1697 Imperial Court Mount Prospect, IL 60056 | Construction clean-up subcontractor | 6/13/2007 - 2/20/2013 |
| Impression Cleaning Service, Inc. | -7493 | 1697 Imperial Court Mount Prospect, IL 60056 | Commercial office/industrial space cleaning. | 2/21/1992 - 2/20/2013 |
| Protectco, Inc. | -2933 | 1697 Imperial Court Mount Prospect, IL 60056 | Fire Safety contractor | 4/23/1997 - 2/20/2013 |

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| AAEA L.L.C. | | 1697 W. Imperial Court Mount Prospect, IL 60056 | A LLC created to hold car titles, so that cheaper insurance could be obtained for the vehicles, all of which were jointly owned by other corporations. Otherwise, an inactive entity with no business activity. | |

None
      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED
Gallagher Lieb Moroni & Associates                              2010 - 2013, for personal taxes and
200 W. Higgins Road                                             corporate taxes for two of the three
Suite 326                                                       operating businesses.
Schaumburg, IL 60195

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
■      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

B7 (Official Form 7) (04/13)
8

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March 12, 2014                    Signature    /s/ Armando L Alcala
                                                     Armando L Alcala
                                                     Debtor

Date  March 12, 2014                    Signature    /s/ Edith Alcala
                                                     Edith Alcala
                                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Armando L Alcala
          Edith Alcala
_____     Case No. _____
                    Debtor(s)        Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
&#9744; Surrendered                    &#9744; Retained

If retaining the property, I intend to (check at least one):
&#9744; Redeem the property
&#9744; Reaffirm the debt
&#9744; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9744; Claimed as Exempt                    &#9744; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>&#9744;  YES          &#9744;  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date   March 12, 2014          Signature   /s/ Armando L Alcala
                                           Armando L Alcala
                                           Debtor


Date   March 12, 2014          Signature   /s/ Edith Alcala
                                           Edith Alcala
                                           Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   Armando L Alcala
     Edith Alcala
                                Debtor(s)
Case No.

Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 4,000.00 |
| Prior to the filing of this statement I have received | $ 4,000.00 |
| Balance Due | $ 0.00 |

2. $ 393.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   Representations of Debtor against Motions for Relief and Motions to Dismiss

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   March 12, 2014

/s/ Gina B. Krol
Gina B. Krol 6187642
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Armando L Alcala
_____Edith Alcala_____      Case No.
                              Debtor(s)      Chapter     7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Armando L Alcala
_Edith Alcala_____      X  _/s/ Armando L Alcala_____      March 12, 2014
Printed Name(s) of Debtor(s)                     Signature of Debtor               Date

Case No. (if known)  _____      X  _/s/ Edith Alcala_____      March 12, 2014
                                                 Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Armando L Alcala
       Edith Alcala                           Case No. _____

                          Debtor(s)       Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 1285

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 12, 2014             /s/ Armando L Alcala
                                   Armando L Alcala
                                   Signature of Debtor

Date:    March 12, 2014             /s/ Edith Alcala
                                   Edith Alcala
                                   Signature of Debtor

Account Receivable Management, Inc.
PO Box 129
Thorofare, NJ 08086


ACS
3330 University Avenue
Suite 200
Madison, WI 53705-2167


ACS
3330 University Avenue
Suite 200
Madison, WI 53705-2167


Adalberto Hulzar
197 Water Ford Drive
Round Lake, IL 60073


Adam Wilms
Secura Insurance Companies
PO Box 819
Appleton, WI 54912


Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005


Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005


ADP
PO Box 9001006
Louisville, KY 40290


Adrian Garcia
648 Green Street #316
Bensenville, IL 60106


Adriana Coronel
6361 W. Addison, Apt. G
Chicago, IL 60634

Advance Auto Parts
PO Box 5219
Carol Stream, IL 60197

Affordable Roofing, Inc.
1500 Dearborn Avenue
Aurora, IL 60505

Airgas
1601 Nicholas Blvd
Elk Grove Village, IL 60007

Airgas
1601 Nicholas Blvd
Elk Grove Village, IL 60007

Alberto Flores
930 Irving Park Road, Apt. 2B
Bensenville, IL 60106

Alejandro Castillo
1507 E. Rosita Drive
Palatine, IL 60074

Alejandro Ramierez
408 Oak St.
Des Plaines, IL 60016

Alex Romero Sierra
3650 W. Altgeld
Chicago, IL 60647

Alexian Brothers Medical Center
PO Box 3495
Toledo, OH 43607

Alexian Brothers Medical Center
PO Box 3495
Toledo, OH 43607

Alfonzo Terriquez
5040 W. 31st Street
Cicero, IL 60804

Allied Waste #710
PO Box 9000154
Louisville, KY 40290


Allied Waste #721
PO Box 9000154
Louisville, KY 40290


Ally
PO Box 380902
Minneapolis, MN 55438


Ally Finance
PO Box 380903
Minneapolis, MN 55438-0903


Alonzo Morales
1076 Irving Park Road
Bensenville, IL 60106


Alvaro Huizar
IL


Amerex
7595 Gadsden Highway
Trussville, AL 35173


American Express
Box 0001
Los Angeles, CA 90096-0001


American National Skyline
PO Box 4543
Carol Stream, IL 60197


American Recovery Service
555 St. Charles Dr. Ste 100
Thousand Oaks, CA 91360


Ana B. Medina
643 N. Iowa Ave
Villa Park, IL 60181

Anderson Pest Solutions
PO Box 600670
Trussville, AL 35173


Angel Meranda Rivera
IL


Angel Miranda
710 N. 4th
Maywood, IL 60153


Angelica Garcia
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Anita Coronel
1101 Arlington Court
Hanover Park, IL 60133


Arber Qendro
4133 N. Mamora Ave
Chicago, IL 60634


ARC Disposal & Recycling
2101 S. Busse Road
Mount Prospect, IL 60056


ARC Disposal & Recycling
PO Box 9001154
Louisville, KY 40290-1154


Armando Alcala
2225 Seaver Lane
Hoffman Estates, IL 60169


Armando Alcala
2225 Seaver Lane
Schaumburg, IL 60194


Arturo Herrera
7500 Elmhurst Road L Q
Des Plaines, IL 60018

At & T
PO Box 6463
Carol Stream, IL 60197


ATL First AID Inc.
5250 Grand Avenue
Gurnee, IL 60031


ATL First Aid, Inc.
5250 Grand Avenue
Suite 14 #327
Gurnee, IL 60031


AXA Equitable
PO Box 1047
Charlotte, NC 28201


Balerio Santos Perez
1072 W. Irving Park Rd., Apt. 1B
Bensenville, IL 60106


Bank of America Merchant Services
PO Box 6600
Hagerstown, MD 21741


Barrington Orthopedic Specialist
1124 Paysphere Circle
Chicago, IL 60674


Beatriz Ornelas
409 Catalpa Ave.
Wood Dale, IL 60191


Ben Hae Choi
841 N. York Road #314
Elmhurst, IL 60126


Berglund Construction Co
8410 S. Chicago Avenue
Chicago, IL 60617


BerkleyNet Underwriters
PO Box 49129
Greensboro, NC 27419

Berwyn Police Department
6401 W. 31st Street
Berwyn, IL 60402


Berwyn Police Department
6401 W. 31st Street
Berwyn, IL 60402


Best Buy
PO Box 17298
Baltimore, MD 21297-1298


Bill Jacobs Joliet LLC
2001 W. Jefferson
Joliet, IL 60435


Blue Cross & Blue Shield
25550 Network Place
Chicago, IL 60673


Blue Cross & Blue Shield
25550 Network Place
Chicago, IL 60673


Bottle Free Water
355 E. Geneva Road
# 363
Carol Stream, IL 60188


Brooks Equipment
PO Box 60594
Charlotte, NC 28260


Buckeye Fire Equipment
PO Box 428
Kings Mountain, NC 28086


Capital Management Services, LLP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One Retail Services
PO Box 71106
Charlotte, NC 28272-1106


Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Catarino Huizar
428 Center Lane
Round Lake, IL 60073


Central Credit Services, Inc.
PO Box 15118
Jacksonville, FL 32239


Central Laborers' Pension, Welfare
& Annuity Funds
PO Box 1267
Jacksonville, IL 62651


Chase
PO Box 9001022
Louisville, KY 40290-1022


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

```
Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank USA
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056

Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056
```

Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Chicago Construction Specialities
1697 Imperial Court
Mount Prospect, IL 60056


Christian Villegas
1018 N. 22nd Ave
Melrose Park, IL 60160


Christina Krivanek
Office of Fund Counsel
111 W. Jackson Blvd., Ste. 1415
Chicago, IL 60604

Cimco
16333 Collections Center Drive
Chicago, IL 60693


Cimco
16333 Collections Center Drive
Chicago, IL 60693


Cintas
1025 National Parkway
Chicago, IL 60693


CIT Technology
c/o MB & W
26000 Cannon Rd.
Bedford, OH 44146


City of Chicago Dept. of Finance
PO Box 88292
Chicago, IL 60680-1292


City of Chicago- Dept. of Finance
PO Box 6330
Chicago, IL 60680


City of Chicago- Dept. of Finance
PO Box 6330
Chicago, IL 60680


City of Rolling Meadows
Photo Enforcement-Traffic Violation
3600 Kirchoff Road
Rolling Meadows, IL 60008


City of West Chicago
75 Remittance Drive
Suite 8658
Chicago, IL 60675


CMIT Solutions of Chicagoland
825 S. Waukegan Road
A8
Lake Forest, IL 60045

CMIT Solutions of Chicagoland North
825 S. Waukegan Road
A8
Lake Forest, IL 60045


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Comenity Bank
PO Box 182273
Columbus, OH 43218


Commercial Services, Inc.
2465 St. Johns Bluff Rd. S
Jacksonville, FL 32246


Construction & General Laborers'
District Council of Chicago
999 McClintock Drive, Ste. 300
Willowbrook, IL 60527


Construction Data Company
PO Box 981097
Boston, MA 02298


Contractors Adjustment Co.
Accounts Receivable
750 Lake Cook Rd, Ste. 410
Buffalo Grove, IL 60089


Cook County Treasurer
118 N. Clark Street
Room 112
Chicago, IL 60602


Cosmopolitan Service Corp
1606 Colonial Parkway
Palatine, IL 60067


Costco Wholesale Corp
c/o CT Corporation System
208 S. LaSalle Street, Ste. 814
Chicago, IL 60604

COTG
4 Territorial Court
Bolingbrook, IL 60440


Credit Collection Services
Two Wells Ave.
Dept. 7250
Newton Center, MA 02459


Crown Services, Inc.
5531 W. Cermak Road
Suite A
Lake Forest, IL 60045


Cynthia Ornelas
682 Zachary Drive
Romeoville, IL 60446


DAL Inc.
PO Box 162
Clifton Heights, PA 19018


David Diaz
1080 S. Judson Street
Bensenville, IL 60106


David Garcia
1627 S. Ruble
Chicago, IL 60616


David Trevino
6413 26th St.
Berwyn, IL 60402


De Lage Landen Fin Serv
1111 Old Eagle School Road
Wayne, PA 19087


Dean Landscaping
10 Elmhurst Road
Prospect Heights, IL 60070


Delfina La Cruz
229 E. Pine Ave
Bensenville, IL 60106

```
Department of the Treasury
Internal Revenue Service
200 W. Adams
Chicago, IL 60606


Department of the Treasury
Internal Revenue Service
200 W. Adams
Chicago, IL 60606


Department of the Treasury
Internal Revenue Service
200 W. Adams
Chicago, IL 60606


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Department of Treasury
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Derek Smith
2621 Arbor Drive
McHenry, IL 60050
```

Diego Demetrio
24 S. Addison St.
Bensenville, IL 60106


Donato Vaccaro
3041 Lincoln St.
Franklin Park, IL 60131


Door Systems
751 Expressway Drive
Itasca, IL 60143


Edgar Garcia
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Efren Alvarado
222 N. Cornell Ave.
Villa Park, IL 60181


Eliverio Carrera
415 Barron Street
Bensenville, IL 60106


Elizabeth Silva
1064 W. Irving Park Road
Bensenville, IL 60106


Elmer Garcia
1072 W. Irving Park Road Apt 1B
Bensenville, IL 60106


Elmhurst Memorial Hospital
10 Elmhurst Road
Prospect Heights, IL 60070


Elmhurst Memorial Hospital
PO Box 92348
Chicago, IL 60675


Elmhurst Memorial OCC Health Serv
230 East Irving Park Road
Wood Dale, IL 60191

Elmhurst Memorial OCC Health Serv
230 East Irving Park Road
Wood Dale, IL 60191


Elmhurst Memorial OCC Health Serv
230 East Irving Park Road
Wood Dale, IL 60191


Endrit Cela
4515 N. Narragansett
Chicago, IL 60630


Energy Plus
PO Box 38815
Philadelphia, PA 19104


Enrique Del Carmen
168 Martha Street
Bensenville, IL 60106


Epifanio Soria
3120 Monroe Street
Bellwood, IL 60104


Express
PO Box 659728
San Antonio, TX 78265


FedEx Corporation
US Collections Department
PO Box 94515
Palatine, IL 60094-4515


Fire Equipment Company
PO Box 2308
80 West Lake Street
Northlake, IL 60164


Flagg Creek Water Reclamation Dist.
7001 Grontage Rd.
Willowbrook, IL 60527


Fleetmatics
70 Walnut Street
Wellesley Hills, MA 02481

Flood Brothers
PO Box 4560
Carol Stream, IL 60197


Ford Motor Credit
National Bankruptcy Service Center
PO Box 6508
Mesa, AZ 85216


Ford Motor Credit
National Bankruptcy Service Center
PO Box 6508
Mesa, AZ 85216


Ford Motor Credit
National Bankruptcy Service Center
PO Box 6508
Mesa, AZ 85216


Ford Motor Credit Co.
c/o James Bernicky
608 S. Washington Ste. 207
Naperville, IL 60540


Freedman Anselmo Lindberg LLC
1807 W Diehl Rd
Ste 333
Naperville, IL 60566


Gabriela Nunez
130 W. Wrightwood Avenue
Glendale Heights, IL 60139


Gallagher Lieb Moroni & Associates
200 W. Higgins Road
Suite 326
Schaumburg, IL 60195


Gallagher Lieb Moroni & Associates
200 W. Higgins Road
Suite 326
Schaumburg, IL 60195

Gallagher Lieb Moroni & Associates
200 W. Higgins Road
Suite 326
Schaumburg, IL 60195


Gallant Construction Co., Inc.
345 Memorial Drive, Suite B
Crystal Lake, IL 60014


Genoveva Cruz
1066 W. Irving Park Road
Bensenville, IL 60106


Gerardo Gonzalez
233 S. Marlon St.
Bensenville, IL 60106


Gladis Garcia
1066 Irving Park Road
Bensenville, IL 60106


Global Payments
10705 Red Run Blvd.
Owings Mills, MD 21117


GMAC
Payment Processing Center
P.O. Box 51014
Carol Stream, IL 60125-1014


Godofredo Balderrama
108 Eastview Ave, Apt GC
Bensenville, IL 60106


Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831


Guadalupe Mondragon
1121 Birch Drive, Apt. 6
Elgin, IL 60120


Guillermina Rodriguez
27 King Arthur Court Apt. 20B
Northlake, IL 60164

Gustavo Cobarrubias
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


HACIA
901 W. Jackson Blvd.
Suite 205
Chicago, IL 60607


Hitachi Capital America Corp.
800 Connecticutt Avenue
Norwalk, CT 06854


Home Depot Credit Services
Dept -7160
PO Box 183175
Columbus, OH 43218


Home Depot Credit Services
Dept -8428
PO Box 183175
Columbus, OH 43218


HSBC
PO Box 5893
Carol Stream, IL 60197


HSBC Retail Services
PO Box 71106
Charlotte, NC 28272-1106


Hugo Alverado
3871 Ivanhoe
Schiller Park, IL 60176


Humberto Iribarren
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


ICW Group
11455 El Camino Real
San Diego, CA 92130

```
Illinois Attorney General
Revenue Litigation Division
100 W. Randolph St., 13th Floor
Chicago, IL 60601


Illinois Attorney General
Revenue Litigation Division
100 W. Randolph St., 13th Floor
Chicago, IL 60601


Illinois Attorney General
Revenue Litigation Division
100 W. Randolph St., 13th Floor
Chicago, IL 60601


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201
```

Image Systems & Bus. Solutions
1776 Commerce Drive
Elk Grove Village, IL 60007


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Impression Cleaning Service, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Independent Recycling Services
2401 S. Laflin Street
Chicago, IL 60608


Independent Recycling Services
2401 S. Laflin Street
Chicago, IL 60608


Independent Recycling Services
2401 S. Laflin Street
Chicago, IL 60608


Innovatech
832 80th Street SW
Everett, WA 98203


Internal Revenue Service
5100 River Rd.
Schiller Park, IL 60176


Isabel Benitez
1001 Ferrari Drive, Apt 1B
Bensenville, IL 60106


Isabel Teran
1001 Ferrari Drive # 1B
Bensenville, IL 60106


Isaias Martinez
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Ivan A. Rueda
1217 N. Milwaukee Ave
2nd Floor
Chicago, IL 60642

James Hilgers
1004 N. Plum Grove, Apt. 116
Schaumburg, IL 60173


JC Anderson, Inc.
834 N. Church Road
Elmhurst, IL 60126


Jeffry Combs
11216 264th Ave.
Trevor, WI 53179


Jesus Vega
3611 1/2 S. Lombard Ave.
Cicero, IL 60804


Jeyner Leyva
1008 Argyle St., Apt 12A
Bensenville, IL 60106


Joel Infante
1550 N. 40th St.
Stone Park, IL 60165


John F. Torres
PO Box 1028
Downers Grove, IL 60515


John J. Saenz
26 King Arthur Court, Apt. 14
Melrose Park, IL 60160


Jonathan Barger
3815 E. Main Street
Suite A-1
Saint Charles, IL 60174


Jonathan W. Goken
Attorney at Law
33 W. Monroe St., Ste. 2700
Chicago, IL 60603


Jorge Velazquez
111 Mason Street
Bensenville, IL 60106

Jose Celleri
2638 Scott Street
Des Plaines, IL 60018

Jose D. Fejerang, Jr.
5037 N. Mango
Chicago, IL 60630

Jose L. Troncoso
1530 23th Ave., Apt. 2nd Floor
Melrose Park, IL 60160

Jose Mendoza
1020 W. Hillside Drive
Bensenville, IL 60106

Jose Rodriguez
2150 W. Devon
Chicago, IL 60659

Jose Tamayo
2332 N. Moody Ave.
Chicago, IL 60639

Jose Vega
3611 1/2 S. Lombard
Cicero, IL 60804

Joseph M. Wiedemann & Sons
505 E. Golf Road
Arlington Heights, IL 60005

JP Morgan Chase
PO Box 32096
Louisville, KY 40232-2096

JP Morgan Chase Bank, N.A.
OH2-5170
50 S. Main St., 9th Floor
Akron, OH 44308

JPMorgan Chase Bank
OH4-7399
PO Box 182613
Columbus, OH 43218

```
JPMorgan Chase Bank
OH4-7399
PO Box 182613
Columbus, OH 43218


Juan Davish
1218 S. 51st Ave.
Cicero, IL 60804


Julio Rosales
1076 W. Irving Park Road
Bensenville, IL 60106


Justino Diego
1080 Judson Street, Apt. 1
Bensenville, IL 60106


Kelley Kelley & Kelley
1535 W. Schaumburg Road
Schaumburg, IL 60194


Knight Enterprises
128 W. Lake Street
Northlake, IL 60164


Kohl's
PO Box 2983
Milwaukee, WI 53201


Konica Minolta - Lease
21146 Network Place
Chicago, IL 60673


Konica Minolta - Lease
Dept CH 19188
Palatine, IL 60055-9188


Konica Minolta - Supplies
21146 Network Place
Chicago, IL 60673


Konica Minolta Business Solutions
100 Wiulliams Drive
Attn: Ofc of Direct Administration
Ramsey, NJ 07446
```

Kyle Luther
Secura Insurance Companies
PO Box 819
Appleton, WI 54912


Laborers Welfare Fund of the Health
& Welfare Dept. of the Constr. etc.
11465 Cermak Road
Westchester, IL 60154


Laborers' Pension  Fund
11465 Cermak Road, Suite 1415
Westchester, IL 60154


Laborers' Pension  Fund, et al.
11465 Cermak Road
Westchester, IL 60154


Len's Ace Hardware
30 W. Lake Street
Addison, IL 60101


Leopardo Companies, Inc.
333 W. Wacker Drive, Ste 250
Chicago, IL 60606


Lexus Financial Servic
PO Box 4102
Carol Stream, IL 60197


Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197-5855


Liberty Mutual Agency Markets
c/o Wilber Lane Law Firm
PO BOX 2155
Bloomington, IL 61702


Lilliana P. Aguilar
65 Andover Drive
Roselle, IL 60172

Litgen Concrete Cutting
1020 Nerge Road
Elk Grove Village, IL 60007


Loft
PO Box 659705
San Antonio, TX 78265


Lorenzo Cervantes
2651 Debbie Court
Joliet, IL 60435


Luis F. Amorocho
359 W. Carriage Lane
Bensenville, IL 60106


Macgyver Perez
950 W. Irving Park Rd.
Bensenville, IL 60106


Mackey Building Corporation
1691 Imperial Court
Mount Prospect, IL 60056


Macy's
c/o Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Marcelino Andrade
216 Rose
Bensenville, IL 60106


Marco Garcia
635 N. Meadows
Addison, IL 60101


Maria Diaz
1407 N. Broadway
Melrose Park, IL 60160


Maria E. Munoz
1218 S. 51st Ave
Cicero, IL 60804

Maria Fernandez
2332 N. Moody Ave.
Chicago, IL 60639

Maria Garcia
162 W. Irving Park Road Apt 1B
Bensenville, IL 60106

Mario Lopez
1062 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106

Mario Perez
IL

Mark A. Potter
33255 N. Valley View Drive
Grayslake, IL 60030

Marlin Business Bank
PO Box 13604
Philadelphia, PA 19101-3604

Martin A. Arnaud
733 Dulles Road, 3rd Fl. E
Des Plaines, IL 60016

Martin Bueno
126 6th Ave.
Bartlett, IL 60103

Martin Leasing Co.
300 Fellowship Road
Mount Laurel, NJ 08054

Martin Velazquez
1101 Arlington
Hanover Park, IL 60133

Marto Lopez
1062 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106

Marvin Cano
1009 Medina St.
Bensenville, IL 60106


Matthew Hagen
144 Laurie Lane
Oswego, IL 60543


Maxsafe Antifreeze
298 Beinoris Drive
Wood Dale, IL 60191


Mayra Nunez
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Melrose Park Police Department
1 N. Broadway
Melrose Park, IL 60160


Michael E. O'Hare
1400 Holland Place
Downers Grove, IL 60515


Midwest Insurance Agency
975 W. Hawthorn Drive
Itasca, IL 60143


Midwest Insurance Agency
975 W. Hawthorn Drive
Itasca, IL 60143


Milestone Equipment & Supplies, LLC
224 David Drive
Streamwood, IL 60107


Milestone Equipment & Supplies, LLC
224 David Drive
Streamwood, IL 60107


Milestone Equipment & Supplies, LLC
224 David Drive
Streamwood, IL 60107

Milestone Equipment & Supplies, LLC
224 David Drive
Streamwood, IL 60107


Milton E. Fonseca
6015 W Warwick
Chicago, IL 60634


Monarch Recovery Management
10965 Decatur Rd.
Philadelphia, PA 19154


Monica Esquivel
1060 W. Irving Park Road, Apt. 1B
Bensenville, IL 60106


Most Valuable Personnel
4734 Solution Center
Chicago, IL 60677


Nations Recovert Center
6491 Peachtree Industrial Blvd.
Atlanta, GA 30360


New China Restaurant
308 Northwest Highway
Fox River Grove, IL 60021


New Harrison Hotel
601 S. Wabash
Chicago, IL 60601


NFPA
PO Box 9689
Manchester, NH 03108


NICOR
P.O. Box 2020
Aurora, IL 60507


Nitech Fire & Security Industries
109 Fairfield Way
Suite 305
Bloomingdale, IL 60108

Northwest Collectors Inc.
3601 Algonquin Rd. Ste. 232
Rolling Meadows, IL 60008


Occupational Training & Supply
7233 Adams Street
Willowbrook, IL 60527


Octavio Diego Benitez
1120 Judson St., Apt. 2A
Bensenville, IL 60106


Office of the Chief Counsel
US Dept. of Homeland Security
525 W. Van Buren, Ste. 701
Chicago, IL 60607


Office of the State Fire Marshall
Div. of Fire Prevention
PO Box 6171
Springfield, IL 62703


Oscar F. Rangel
IL


Osmin Mendiluse
5340 W. 24th Place
Cicero, IL 60804


Otilia Mena
1430 S. Clarence Ave.
Berwyn, IL 60402


Pacey Electrical & Technologies
740 N. Michigan Ave.
Villa Park, IL 60181


Pedro Cano Herrera
1072 W. Irving Park Road
Bensenville, IL 60106


Pedro Mazariegos
1008 Argyle Street, #12A
Bensenville, IL 60106

Phillips Electric
110 N. Williams
PO Box 105
Thornton, IL 60476


Photo Enforcement Program
75 remittance Dr. Ste. 6658
Chicago, IL 60675


Pomp's Tire Services, Inc.
PO Box 1630
Green Bay, WI 54305


Premier Pain Specialists
2447 Mementum Place
Chicago, IL 60689


Premier Pain Specialists
2447 Mementum Place
Chicago, IL 60689


Premiere Pain Specialist
2447 Momentum Place
Chicago, IL 60689


Professional Inspection Services
151 S. Elmwood Avenue
Palatine, IL 60074


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056
```

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056

```
Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Protectco, Inc.
1697 Imperial Court
Mount Prospect, IL 60056


Purchase Power
PO Box 371874
Pittsburgh, PA 15250
```

Radiological Consultants of Woodsto
9410 Compubill Dr.
Orland Park, IL 60462


Rafael Cervantes
3758 W. 55th Street, Apt. 2
Chicago, IL 60632


Ramon Magallanes
435 Raymond Street
Elgin, IL 60120


Randall Industries
741 S. Rte. 83
Elmhurst, IL 60126


Reed Construction
600 W. Jackson Blvd.
Suite 500
Chicago, IL 60661


Regal Business Machines
1140 W. Washington Blvd.
Chicago, IL 60607


Republic Services
2101 S. Busse Rd.
Mount Prospect, IL 60056


Reynaldo Silva
473 S. Cleveland Ave.
Bourbonnais, IL 60914


Ricardo Navarro
1407 S. 48th Ct.
Cicero, IL 60804


Ricardo Texta
537 S. Adeline Ave
Addison, IL 60101


Richard T. Avis
PO Box 1008
Arlington Heights, IL 60006

Ruth A. Kronvold
85 Pleasant Street
Hoffman Estates, IL 60169


Ryan McKenna
11805 Coquille Drive
Frankfort, IL 60423


Ryan Smits
Secura Insurance Companies
PO Box 819
Appleton, WI 54912


Scottsdale Insurance Agency
PO Box 4120
Scottsdale, AZ 85261


Scottsdale Insurance Agency
PO Box 4120
Scottsdale, AZ 85261


Secretary of State of Illinois
351 Howlett Building
Springfield, IL 62576


Secura Insurance Co.
PO Box 819
Appleton, WI 54912


Secura Insurance Co.
PO Box 819
Appleton, WI 54912


Sergio Mata
1701 W. Magnolia Lane
Mount Prospect, IL 60056


Sprint
PO Box 4181
Carol Stream, IL 60197


Sprint
PO Box 5181
Carol Stream, IL 60197

Sprint
PO Box 4181
Carol Stream, IL 60197


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Sunbelt Rentals
6260 Joliet Road
La Grange, IL 60525


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Susquehanna Commercial Fin
2 Country View Road, Ste. 300
Malvern, PA 19355


Susquehanna Commercial Fin
2 Country View Road, Ste. 300
Malvern, PA 19355


Susquehanna Commercial Finance
2 Country View Rd. Ste 300
Malvern, PA 19355


Swedish Covenant Hospital
5145 N. California Avenue
Chicago, IL 60625


TD Auto Finance
PO Box 9001921
Louisville, KY 40290


Telecheck Services, Inc.
PO Box 60028
City of Industry, CA 91716


Teletrac
Dept LA 23726
Pasadena, CA 91185

Teletrac
Dept LA 23726
Pasadena, CA 91185


Teofilio Coronel
1101 Arlington Ct.
Hanover Park, IL 60133


The Blue Book
PO Box 500
Jefferson Valley, NY 10535


The Great Indoors
TGI Mastercard
PO Box 183082
Columbus, OH 43218


The Hartford
 N La Salle St #26
Chicago, IL 60602


Tomatow
1322 W. Irving Park Road
Bensenville, IL 60106


Tomatow
1322 W. Irving Park Road
Bensenville, IL 60106


Town of Cicero
4949 West Cermak Road
Cicero, IL 60804


Trans World Systems
Collection Agency
25 Northwest Point Blvd #750
Elk Grove Village, IL 60007


Trans World Systems
Collection Agency
25 Northwest Point Blvd #750
Elk Grove Village, IL 60007

Travel Advantage Network
672 Old Mill Rd.
Millersville, MD 21108


Tribute Interactive
14891 Collections Center Drive
Chicago, IL 60693


Turner Construction
55 E. Monroe Street
Suite 3100
Chicago, IL 60603


Tyco Fire Suppression & Bldg Prod
Dept. CH-10513
Palatine, IL 60055


United States Attorney
attn: Civil Intake Clerk
219 S. Dearborn St., Ste. 500
Chicago, IL 60604


United States Attorney
attn: Civil Intake Clerk
219 S. Dearborn St., Ste. 500
Chicago, IL 60604


United States Attorney
attn: Civil Intake Clerk
219 S. Dearborn St., Ste. 500
Chicago, IL 60604


United States Fire Prot/Alliance
28427 N. Ballard Drive
Unit H
Lake Forest, IL 60045


US Bank
P.O. Box 9487
Minneapolis, MN 55440-9487


Us Bank
PO Box 5227
Cincinnati, OH 45201

Us Bank
PO Box 5227
Cincinnati, OH 45201


US Bankcorp Equip. Finance
PO Box 790448
Saint Louis, MO 63179


US Dept. of Homeland Security
One Tower Lane, Ste 1600
Villa Park, IL 60181


UST
PO Box 970
La Verne, CA 91750


Venancio Organista
c/o Workers' Law Office PC
401 S. LaSalle, Ste. 1400
Chicago, IL 60605


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Vicente Benitez
1407 N. Broadway
Melrose Park, IL 60160


Victor Grandinetti DDS
1585 Barrington Rd.
Hoffman Estates, IL 60194


Victoria's Secret
PO Box 659728
San Antonio, TX 78265


Village of Melrose Park
PO Box 66032
Chicago, IL 60666

Village of Mount Prospect
PO Box 4297
Carol Stream, IL 60197

Village of Mount Prospect
PO Box 4297
Carol Stream, IL 60197

Vincentzo L. Arnaud
2291 S. Lexington Drive
Mount Prospect, IL 60056

Virgilio Martinez
455 N. Worth Ave.
Elgin, IL 60120

Walgreens Respiratory Services
16673 Collections Center Dr.
Chicago, IL 60693

Walsh Construction
929 W. Adams
Chicago, IL 60607

Warehouse Direct
2001 S. Mount Prospect Road
Carol Stream, IL 60197

Warehouse Direct
2001 S. Mount Prospect Road
Carol Stream, IL 60197

Warehouse Direct
2001 S. Mount Prospect Road
Carol Stream, IL 60197

Warehouse Direct
2001 S. Mount Prospect Road
Carol Stream, IL 60197

Waste Management
PO Box 4648
Carol Stream, IL 60197

Waste Management
PO Box 4648
Carol Stream, IL 60197


Wessels Sherman Joerg Liszka
Laverty Seneczko, PC
20 N. Clark St., Ste 1250
Chicago, IL 60602


West Bend Mutual Insurance
8401 Greenway Blvd Ste 1100
Middleton, WI 53562


West Coast Life Insurance
PO Box 12687
Birmingham, AL 35202


Western Lighting
2349 N. 17th Avenue
Franklin Park, IL 60131


White Cap Construction Supply
1000 Elmhurst Road
Elk Grove Village, IL 60007


White Cap Construction Supply
1000 Elmhurst Road
Elk Grove Village, IL 60007


White Cap Construction Supply
501 W. Church St.
Orlando, FL 32805


Wholesale Fire Equipment


ZEP
13237 Collections Center
Chicago, IL 60693


Zuidany Cortez
2521 S. 11th Ave
Broadview, IL 60155